ORIGINAL

FILED
JAN 1 4 2005
U.S. COURT OF
FEDERAL CLAIMS

ECF

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

A.A.B JOINT VENTURE )
P.O. Box 37 )
Rosh Ha'Aiyn )
68100 Israel, )
)
Plaintiff, )
)
v. ) No. 05-114C
)
UNITED STATES OF AMERICA )
)
Defendant. )

**RCFC 40.2 NOTICE OF DIRECTLY-RELATED CASES**

COMES NOW, Plaintiff A.A.B Joint Venture, by its undersigned attorneys, and pursuant to RCFC 40.2(a)(1), does hereby file this Notice of Directly-Related Cases, and states as follows:

1. Title & Number of Related Cases: This new action is directly-related to the following identified cases, styled as:

i. A.A.B. Joint Venture v. United States of America, COFC Case No. 04-1719 C, filed in the court on November 30, 2004, as amended on December 20, 2004.

ii. A.A.B. Joint Venture v. United States of America, COFC Case No. 04-1792 C, filed in the court on December 21, 2004.

2. Brief Statement of Relationship: All three actions (including this new action) involve the same parties and the same contract. Rule 40.2(a)(1)(B).

3. Judicial Economy of Assigning or Consolidating Cases Statement: Assignment to a single judge, including consolidation of the cases, would conserve both judicial resources and promote an efficient determination of the actions. This is further supported by the fact that both cases involve the same contract and the same parties.

Dated January 14, 2005

Respectfully submitted,

Brian Cohen
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW
Suite 1200
Washington, D.C. 20036
(202) 466-6300
Attorney for Appellant

Of Counsel:

Robert J. Sciaroni, Esq.
Lawrence M. Prosen, Esq.
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW
Suite 1200
Washington, D.C. 20036
(202) 466-6300

Devorah Patt, Esq.
Zell, Goldberg

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED DOES HEREBY CERTIFY that a copy of the foregoing Notice of Directly-Related Cases, was mailed via first class, U.S. Mail, postage pre-paid this 14th day of January, 2005, upon:

David Cohen
Director
Civil Division
United States Department of Justice
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Brian Cohen