# In the United States Court of Federal Claims

No. 05-114 C
(Filed: May 11, 2005)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

The Court hereby ORDERS that the parties shall appear for a preliminary status conference on **May 26, 2005**, at 10:00 am Eastern Time. The parties shall be prepared to discuss this case and Case No. 05-466 (to the extent that it is discussed in the joint preliminary status report filed May 6, 2005) at the status conference. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

/s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge