# In the United States Court of Federal Claims

No. 05-114 C
(Filed: May 27, 2005)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

As discussed in the status conference held on May 26, 2005, the Court hereby orders:

1. On or before **June 2, 2005**, the parties shall submit a Joint Status Report (JSR), which shall (a) set forth Plaintiff's proposal regarding possible consolidation, separation, and bifurcation of cases 04-1719 C, 04-1792 C, 05-114 C, and 05-466 C; (b) discuss any agreements and disagreements the parties have regarding that proposal; and (c) propose any alternatives to that proposal. Defendant shall also note whether it admits that the contracting officer's failure to reply in a timely manner to Plaintiff's certified claims was a "deemed denial" as defined in the Contract Disputes Act. If Defendant fails to mention this in the parties' JSR, the Court will assume that Defendant so admits.

2. On or before **June 10, 2005**, the parties will submit all relevant portions of documents relating to this case.

/s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge