# In the United States Court of Federal Claims

No. 05-114 C
(Filed: June 7, 2005)

************************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On June 2, 2005, the parties submitted a Joint Status Report (JSR) regarding Plaintiff's proposal for bifurcation of this case, which would result in a portion of this case being consolidated with 05-466 C, with the rest of the case continuing in discovery on a schedule similar to that established in 04-1792 C. Defendant opposes Plaintiff's proposal on the ground that it would cause prejudice to Defendant.

The Court declines to accept Plaintiff's proposal and instead ORDERS that the parties shall adhere to the following discovery schedule, which coincides with the discovery schedule in 04-1719:

Fact Discovery shall close on **February 28, 2006**.
Plaintiff's Expert Report shall be due on or before **May 1, 2006**.
Defendant's Expert Report shall be due on or before **June 1, 2006**.
Plaintiff's Rebuttal Expert Report shall be due on or before **June 15, 2006**.
Expert Discovery Completion will occur on **August 1, 2006**.
The tentative date for the beginning of trial is **October 30, 2006**.

The parties may request a change to this schedule if 05-466 C is eventually consolidated with this case.

/s/ Edward J. Damich
EDWARD J. DAMICH

Chief Judge