**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 05-114C** |
| | ) | **(Chief Judge Damich)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**APPENDIX TO JOINT PRELIMINARY STATUS REPORT**

***1. Solicitation Documents for Nachshonim Storage Base (Solicitation No. DACA90-01-R0001)**

**Includes Section 00700, Contract Clauses, Clause 55, *Correspondence in English (Jun 1997)* and Section 00800, Special Contract Requirements, Attachment to the Special Requirements, SR-6, *Correspondence in the English Language***

***2. Amendment 1 to Solicitation Documents**

***3. Amendment 2 to Solicitation Documents**

***4. Amendment 3 to Solicitation Documents**

**Includes Geotechnical Report and Offeror's Questions and Answers**

***5. Amendment 4 to Solicitation Documents**

**Includes Offeror's Questions and Answers, Bid Schedule and Local Clause 52.0209-4005**

***6. Amendment 5 to Solicitation Documents**

***7. Amendment 6 to Solicitation Documents**

**Includes Offerors Questions and Answers and Changes to Technical Specifications**

***8. Amendment 7 to Solicitation Documents**

***9. Amendment 8 to Solicitation Documents**

***10. Amendment 9 to Solicitation Documents**

***11. Amendment 10 to Solicitation Documents**

***12. Amendment 11 to Solicitation Documents**

***13. Amendment 12 to Solicitation Documents**

***14. Contract Section 01000, <u>General Requirements</u>**

***15. Contract Section 01012, <u>Design After Award</u>**

***16. Host Nation Technical Requirements for Earthworks**

***17. Section 001, <u>Detailed Description and Special Specifications for Infrastructure and Site Development</u>**

**Includes Chapter 51, *Earthworks, Paving Works, Roads and Concourses***

**<u>Count I</u>**

**<u>TCN Labor Claim</u>**

**18. Specification Section 00100 Instructions to Bidders ¶ 13 Third Country National Tax Plan**

**19. Relevant Excerpts from Special Contracts Requirements, SR-13 Compliance with Host Country Rules and Customs; SR-14 Tax Clause: Taxes Imposed by the Government of Israel; SR-21 Designated Country Citizen; SR-22 Contractor Workforce; and SR-27 War Risk**

**20. Relevant Excerpts from Joint Venture's Technical and Management Proposal, Volume I, § 2.A, Management Plan, ¶ 2 Schedule and Mobilization, Sub ¶ 2.1.1 Accelerated Schedule; ¶ 3, Execution Plan Sub ¶ 3.2.2 Labor and Labor Camp; Manpower Curve; and Third Country National Tax Plan**

**21. 12/21/1999 Letter of Request; Letter of Offer and Acceptance including Standard Terms and Conditions**

**22. 10/30/2000 Commerce Business Daily, *Y –Firm Fixed Price Contract for Design/Construction Services for Nachshonim Storage Base, Elad, Israel.***

**23. Letter Dated 03/16/2003 to U.S. Army Corps of Engineers**

24. **Letter Dated 06/06/2003 from U.S. Army Corps of Engineers**

25. **Letter Dated 06/24/2003 to U.S. Army Corps of Engineers**

26. **Letter Dated 07/01/2003 from U.S. Army Corps of Engineers**

27. **Letter Dated 08/09/2003 from U.S. Army Corps of Engineers**

28. **07/30/2004 Certified Claim and Request for Contracting Officer's Decision TCN Labor, with Exhibits**

## COUNT II

## Rejection of Alternate Paint System

29. **Contract Specification Section 02-003, Page 28, Chapter J, Building Envelope, Paragraph 2, Insulated Panels**

30. **RFI C-0071 Dated 12/2/2003 to the U.S. Army Corps of Engineers, Re: RFP Specification 02-003.J.2, Insulated Panels**

31. **Letter Dated 12/09/2003 from U.S. Army Corps of Engineers, Government's Response to 12/02/2003 RFI**

32. **Letter Dated 12/15/2003, with Attachments, to U.S. Army Corps of Engineers**

33. **RFI DC-0181 Dated 01/26/2004 to U.S. Army Corps of Engineers, Re: Project Specification Chapter 19, Structural Steel, Paragraph 19.14, Steel Insulated Panels**

34. **Letter Dated 01/30/2003 (the year is a typo, should be 2004, content of letter refers to 01/26/2004 RFI) from U.S. Army Corps of Engineers, Government's Response to RFI DC-0181 Insulated Panels**

35. **Letter Dated 02/06/2004 from U.S. Army Corps of Engineers**

36. **Letter Dated 02/18/2004 from A.A.B. Joint Venture**

37. **Letter Dated 03/08/2004 to U.S. Army Corps of Engineers**

38. **Letter Dated 03/24/2004 to U.S. Army Corps of Engineers**

39. **Letter Dated 03/25/2004 from U.S. Army Corps of Engineers**

40. **Letter Dated 04/04/2004 to U.S. Army Corps of Engineers**

41. **Letter Dated 04/12/2004 from U.S. Army Corps of Engineers, Government's Response to Letter Dated 04/04/2004**

42. **Letter Dated 04/22/2004, with Two Page Submittal, to U.S. Army Corps of Engineers**

43. **Letter Dated 04/30/2004, with Two Page Submittal, from U.S. Army Corps of Engineers**

44. **Letter Dated 05/06/2004 to U.S. Army Corps of Engineers**

45. **Letter Dated 07/08/2004 to U.S. Army Corps of Engineers, Re: Request for Equitable Adjustment Erroneous Rejection of Alternate Paint System**

46. **08/03/2004 Certified Claim and Request for Contracting Officer's Decision, Erroneous Rejection of Alternate Paint System, with Exhibits**

This Joint Appendix is filed electronically and in hard copy with the Clerk of the Court and Chambers with the consent of Defendant's counsel.

**____/S/_Brian Cohen___________**
**Brian Cohen**
**BELL BOYD & LLOYD, PLLC**
**1615 L Street, N.W.**
**Suite 1615**
**Washington, D.C. 20036**
**(202) 466-6300**

*** Previously submitted in Case No: 04-1719C**

**CERTIFICATE OF SERVICE**

**I certify under penalty of perjury that the foregoing Appendix to Joint Preliminary Status Report was served electronically by this filing, as well as by first class mail, postage prepaid, the 10th day of June, 2005 and by electronic transmission the 10th day of June, 2005 on:**

**Shalom Brilliant, Esq.**
**Senior Trial Counsel**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**1100 L Street, N.W.**
**Attn: Classification Unit**
**8th Floor**
**Washington, D.C. 20530**

______________________________
**Brian Cohen**