(b) The Contractor shall include in the prices for the items listed in the Bidding Schedule all costs for work in the specifications, whether or not specifically listed in the Bidding Schedule.

(End of provision)

12. 52.214-5000 ARITHMETIC DISCREPANCIES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

13. THIRD COUNTRY NATIONAL TAX PLAN

Reference SR-14 "Tax Clause" of this solicitation. The proposal submitted under this solicitation shall include a Third Country National (TCN) tax plan which shall include: (1) an estimate of the amount of TCN personal income and employment taxes expected to be incurred in performance of the contract; and, (2) a projected expenditure schedule showing when the contractor expects to incur these costs over the duration of the contract. Submission of the plan and acceptance of the contractor's proposal by the Contracting Officer will not constitute agreement to a minimum level of reimbursement nor will it be a limitation on reimbursement to the contractor. The plan must address subcontractors as well as the prime contractor. An updated plan, along with justification for any changes, must be resubmitted by the contractor for Contracting Officer approval in the event of significant changes in expenditure levels or timing of TCN workers during the performance of the contract. This updated plan should be submitted no later than 60 days after notice to proceed. The Contracting Officer will not unreasonably withhold approval for changes in the plan.

(end of statement)

END OF SECTION 00100

THE FOLLOWING CLAUSE IS ADDED TO SECTION 00700:

16.52.225-11-I Buy American Act-Balance of Payments Program-Construction Materials under Trade Agreements. (Feb 2000)