PROJECT: NACHSHONIM STORAGE BASE
LOCATION: Nachshonim, Israel

**SR-13** **COMPLIANCE WITH HOST COUNTRY RULES AND CUSTOMS**

a. The laws of Host Country may prohibit access to certain areas of the country which are under military control. The Contractor shall be responsible for advising the Contracting Officer's Representative of the names of personnel, type, and amounts of equipment, dates and length of time required at the site, and purpose of entering the host country, so that proper clearances may be obtained from the Host Government. It is understood that areas to which rights of entry are provided by the Host Government are to be used only for work carried out under the contract and no destruction or damages shall be caused, except through normal usage, without concurrence of the Host Government.

b. The following items are the sole responsibility of the Contractor to investigate, estimate as to cost, and assume the risk, as normally encountered by Contractors. The Contractor shall be responsible for determining the effect of the following on his own cost of performance of the contract and for including sufficient amount in the contract price:

- Official language and type of accounts required to satisfy the officials of the Local Government.

- Entry and exit visas, residence permits, and residence laws applicable to aliens. This includes any special requirements of the Host Government, including those required by local Labor Offices, which the Contractor may have to fulfill before an application for a regular block of visas will be accepted.

- Passports, health and immunization certificates, and quarantine clearance.

- Compliance with local labor and insurance laws, including payment of employer's share of contribution, collecting balance from employee and paying into insurance funds.

- Strikes, demonstrations and work stoppage.

- Collection through withholding and payment to local Government, of any Host Country income tax on employees subject to tax.

- Arranging to perform work in the Host Country, to import personnel, to employ non-indigenous labor, to receive

payments and to remove such funds from the country.

- Operating under local laws, practices, customs and controls, and with local unions, in connection with hiring and firing, mandatory wage scales, vacation pay, severance pay, overtime, holiday pay, 7th day of rest, legal notice or pay in lieu thereof for dismissal of employees, slowdown and curtailed schedules during religious holidays, and ratio of local labor employed in comparison to others.

- Possibility of claims in local bureaus, litigation in local courts, or attachment of local bank accounts.

- Compliance with workmen's compensation laws and contributions into funds. Provisions of necessary medical service for Contractor employees.

- Special license required by the local Government for setting up and operating any manufacturing plant in the Host Country, e.g. concrete batching, precast concrete, concrete blocks, etc.

- Sales within the host country of Contractor-owned materials, and equipment.

- Special licenses for physicians, mechanics, tradesmen, drivers, etc.

- Identification and/or registration with local police of imported personnel.

- Stamp tax on documents, payments and payrolls.

- Base passes for permanent staff, day laborers, motor vehicles, etc.

- Compliance with all customs and import rules, regulations and restrictions, including, but not limited to, local purchase requirements.

**SR-14 TAX CLAUSE:**

TAXES IMPOSED BY THE GOVERNMENT OF ISRAEL

1. General:

..

**PROJECT: NACHSHONIM STORAGE BASE**
**LOCATION: Nachshonim, Israel**

Contractors and subcontractors will be required to pay all taxes, duties, or other charges levied by the Government of Israel (GOI) in accordance with Israeli law and regulations. Certain expenditures for taxes, duties or similar charges will be reimbursable to the prime contractor as provided in this clause. Bid prices shall not include the value of taxes for which the contractor will be reimbursed.

2. Definitions:
a. Direct Taxes: As used in this clause, direct taxes are: (a) personal income and employment taxes for third country national workers imported into Israel exclusively for work on this contract or other contracts under LOA # IS-B-HAC; and (b) Value Added Taxes (VAT). Direct taxes will be reimbursed based upon actual expenses incurred by the contractor and subcontractors under procedures set out in this clause.

(b) Indirect Taxes: As used in this clause, all duties, charges and fees levied by the GOI other than those defined in this clause as 'direct taxes' will be considered to be 'indirect taxes'.

3. Value Added Taxes:
a. The contractor will apply for reimbursement of VAT directly with the appropriate GOI tax authorities. In seeking reimbursement, the contractor will comply with all applicable GOI laws, regulations and administrative procedures. Payments from GOI tax authorities to the contractor for VAT will be in Israeli Shekels (NIS).
b. The GOI has agreed that payments to the contractor for VAT reimbursements will be made promptly in accordance with the requirements of Israeli law and regulations. Any claim to the Contracting Officer based upon unreasonable denial or delay of VAT reimbursements will be considered by the Contracting Officer under the Disputes provision of the contract. In evaluating a claim of unreasonable delay, the Contracting Officer will consider all relevant factors, including the normal processing time for reimbursement of VAT by the GOI.

4. Personal Income and Employment Taxes for Third Country Nationals:
a. For purposes of this clause, Third Country Nationals (TCNs) are those persons who are nationals of countries other than the United States or Israel.
b. The tax exemption for TCN personal income and employment taxes on earnings is limited to those third country nationals who enter Israel as employees of the contractor or subcontractors to work exclusively on this contract or other

contracts under LOA # IS-B-HAC.

c. At least 15 days prior to the arrival of TCNs at the job site, the Contractor will provide the Contracting Officer with the following information for each TCN employee:

Full Name
Date of Birth
Place of Birth
Citizenship
Passport Number, date and place of issuance
Visa Information
Current Residence

The Contracting Officer will forward this information to the GOI and the GOI will verify eligibility for tax exemption. The Contracting Officer will notify the contractor upon verification by the GOI that the submitted employees have qualified for tax exempt status.

d. The contractor and/or subcontractors shall not withhold personal income taxes from the wages of qualifying TCN employees. The contractor and/or subcontractors will pay all income taxes required by Israeli law to the appropriate agencies/jurisdictions for qualifying TCN employees.

e. Income and employment taxes paid for qualifying employees of the contractor and subcontractors will be itemized on monthly contractor invoices to the U.S. Government. For each qualifying employee, invoices will include the amount and type of taxes paid, period for which taxes were paid, and employee earnings for the period. The contractor will require all subcontractors to provide this information to the contractor for qualifying employees of the subcontractors. Invoices submitted more than 90 days after the taxes were paid by the contractor will not be reimbursed.

f. TCN personal income and employment taxes paid will be reimbursed in U.S. dollars to contractors as part of their regular periodic payments, after approval of invoices by the Contracting Officer. Reimbursement will be based upon exchange rates in effect on the date the contractor paid the taxes. For this purpose, the exchanger rate shall be the rate in use by the U.S. Embassy in Tel Aviv.

5. Indirect Taxes:

a. Reimbursement of indirect taxes will not be done on an actual cost basis. Indirect taxes will be reimbursed to the contractor as a percentage of contract amount. Under this contract, 0.85% of the contract price will be paid to the contractor in U.S. dollars as a full and complete reimbursement for indirect taxes paid. The percentage of reimbursement is not subject to adjustment and can not be the subject of a claim under the disputes provision of this

••

PROJECT: NACHSHONIM STORAGE BASE
LOCATION: Nachshonim, Israel

business in Israel.

g. If the contractor determines that additional or complementary insurance is appropriate, or required by host nation law, the contractor will obtain such additional or complimentary insurance. Any additional or complimentary insurance shall be subject to the conditions specified in this clause.

**SR-20 LOCAL CONSTRUCTION MATERIALS**

All Construction materials incorporated into military facilities must be manufactured in Israel provided such materials satisfy contract requirements. If Israeli materials are not available, the contractor will submit a certification to that effect along with the product submittal for the non-Israeli materials prior to purchase. The purchase must be approved in advance. In order that continued support for major mechanical equipment can be contracted for after warranty expiration, major mechanical equipment should be obtained from companies with qualified service representatives located in Israel.

**SR-21 DESIGNATED COUNTRY CITIZEN**

Designated country citizens (passport holders) are not authorized access to the project site. Performance under this contractual document does not authorize designated country citizens access to such installations.

Designated country as used in this provision includes Afghanistan, Algeria, Burma, Cambodia, Cuba, Iran, Iraq, Laos, Libya, Mongolia, North Korea, People's Republic of China (including Tibet), Syria, Yemen, and Former Yugoslavia (Serbia, Montenegro, and Bosnia Herzegovina), Egypt, and Jordan. Individuals from Serbia and Montenegro will hold a Yugoslavian Passport. Individuals from Bosnia Herzegovina have their own passport.

The list of designated countries is subject to change upon notification by the COR.

The contractor agrees to insert the substance of this provision, including this paragraph, in all subcontracts.

**SR-22 CONTRACTOR WORKFORCE**

Contractor may arrange, through the appropriate Government of Israel offices, to bring into Israel US nationals and

nationals of third countries having diplomatic relations with Israel for purposes of employment in carrying out this contract work. Information concerning third country nationals which will be required include the following: ID number, Passport Number, Age, Place of Birth, Citizenship, and Picture - passport size.

Contractors shall be responsible for timely and complete submittal of the necessary information and forms directly to the appropriate GOI agency for the required customs clearances, passports, visas, licenses, or permits. The contractor shall be responsible for the sponsorship of its employees and their dependents and shall process said permits directly with the appropriate GOI agency.
Offerors are advised that the Government of Israel reserves the right to limit access to designated security areas and refuse entry into Israel or employment of specified individuals, or to require their departure from Israel, in accordance with Israeli law and practice.

**SR-23 DELIVERY OF TECHNICAL DATA**

Contractors and subcontractors will not provide any technical data produced or utilized under this contract to the GOI or any person or entity not a citizen of the United States of American until the contractors/subcontractors are furnished with clear evidence that such delivery of the data is (1) approved by the U.S. State Department pursuant to the International Traffic in Arms Regulation, or (2) approval is not required.

**SR-24 COMPLIANCE WITH HOST COUNTRY CONSTRUCTION LAWS**

In addition to the requirements to comply with Host Nation laws as prescribed elsewhere in this contract, the contractor's attention is directed to comply, where applicable, with the various Israeli Laws pertaining to construction including The Law of Construction and Planning, The Law of Concrete, The Law of Electricity, and the Antiquities Act of 1978.

**SR-25 USE OF SIMILAR MATERIAL FOR AESTHETIC CONSISTENCY**

Wherever similar material is being used that affects the visual appearance of the facilities (IE exposed masonry, plaster, paint, metal trims), all material shall come from one source and be of a consistent appearance across the project boundaries.

PROJECT: NACHSHONIM STORAGE BASE
LOCATION: Nachshonim, Israel

**SR-26 LOCAL LABOR WORKMANS COMPENSATION**

For the purpose of the Clause 52.228-4, WORKERS COMPENSATION AND WAR-HAZARD INSURANCE OVERSEAS, Israeli citizens will be covered in accordance with the Israeli national system of workman's compensation. No additional insurance is required.

**SR-27 War Risk**

In the event of hostilities which cause damage to the site, or to work performed under this contract, and to the extent not covered by insurance, costs for repair of that damage will be borne by the Government. As used in this response, the term 'hostilities' is limited to war, armed conflict, or insurrection. The term 'hostilities' does not include strikes, demonstrations, work stoppages or civil unrest, that the contracting officer, in the exercise of sole discretion, considers reasonably foreseeable and not rising to the level of war, armed conflict or insurrection. If directed by the Government, the contractor will proceed to repair or replace work damaged by hostilities and an equitable adjustment for costs not covered by insurance will be made under the change provisions of this contract. Delays caused by hostilities, or civil unrest not amounting to hostilities, will be treated as excusable delays and may be the basis for time extensions, without increase in price. Failure to agree to any adjustment contemplated under this clause shall be a dispute subject to the disputes provision of this contract.

**SR-28 Taxation of U.S. Contractors.**

United States contractors shall not be subject to taxation by Israel on their income received from the United States Government, on any other income from sources outside Israel, or on any movable property which is present in Israel due to their presence there for the purpose of this Contract. In no instance shall the exemptions provided by this paragraph apply to contractors who are nationals of or ordinarily resident in Israel, or to cinorporated bodies which are incorporated in Israel or controlled by any of the foregoing.

**SR-29 Importation, Use and Exportation of Personal Property.**

1. United States nationals not ordinarily resident in Israel, nor nationals of Israel, employed by the contractor may import into Israel, within six months of their first arrival, reasonable quantities of personal effects,

••