# Schedule and Mobilization

# 2 SCHEDULE AND MOBILIZATION

## 2.1 Schedule

SAB proposes to execute this project in 1093 days (36 months), in accordance with the requirements of RFP. The critical schedule activities are the mass excavation (blasting), the construction and successful testing of the first Dry Storage Building (DSB) which facilitates subsequent construction of the other DSB's, and the concrete work required for all buildings in the project. The bulk of the concrete work is contained in the construction of DSB's. The design schedule will be construction driven. In order to better present our proposal, we have included a detailed construction schedule at the tab labeled "Schedules." The schedule shows that it is well within SAB's capability to design-build this project within the time required.

The normal work hours for the US design team is 40 hours per week

The normal work hours for the Israeli design team is 42 hours per week

The construction schedule is based upon normal working hours as follows:

- 11 hours/day Sunday-Thursday
- 6 hr/day Friday
- No work Sat in accordance with Israeli law

### 2.1.1 Accelerated Schedule

SAB takes a number of steps to accelerate the schedule, ensuring completion within the contract requirement of 1093 days, and creating the potential to complete the project ahead of schedule. The following specific steps are taken to compress the construction schedule, and ensure the proposed schedule can be maintained:

- **Design Measures**

  - Mobilization of Technical Design Manager and Chief Design Engineer immediately after Notice of Award
  - Use of dedicated design team, who work full time on this project
  - Senior construction management fully integrated into design effort ensures coordination and constructability of design effort
  - Use of primary Israeli designers who have established proven track records working with Baran in the past
  - Utilization of proven Israeli designers in preparation of quantity take-offs for this proposal ensures designers have thorough knowledge of contract documents, and are ready to start immediately upon contract award
  - Identification and prioritization of specific design parameters and packages which must be completed and approved for earliest possible construction start (submitted with this proposal)
  - Use of dry storage facilities previously designed by Stanley as the design basis for dry storage facilities on this project speeds up design process
  - Use of CAD systems to allow geographically separate design teams to simultaneously work on the same drawings
  - Use of CAD systems to allow Independent Israeli Design Review conducted simultaneously with Stanley's technical review.
  - Detailed preliminary blasting plan submitted with this proposal

- **Early Mobilization & Procurement Measures** (performed immediately after notice of award):

  - Mobilization of Project Manager and senior project staff
  - Contact local authorities and firms
  - Procure cars, field office facilities, and living facilities including those for USACE staff
  - Identify sources for on-site office services
  - Negotiate subcontracts and local suppliers
  - Make final arrangements for location and subcontracting of TCN camp
  - Prepare submittals: materials & equipment list, CQC plan, project schedule, safety plan
  - Verify quantity take-off
  - Pre-submittal briefing (ensures submittals are correct the first time
  - Early procurement of long lead items including roof and wall panels, space frames, transformers and switchgear, SF6 breakers, and synagogue furniture (immediately after approval of equipment specifications)

- **Construction Measures**

  - Self-performance of wet works including concrete placement and masonry

| Quantity | Equipment | Mobilization Date |
|---|---|---|
| 2 | Surveying teams | NTP + 15 days |
| 1 | Bulldozers (Cat.D8) | NTP + 40 days |
| 1 | Backhoe Loader (Cat. 970) | NTP + 40 days |
| 1 | Bulldozers (Cat.D8) | NTP + 50 days |
| 1 | Wheel Loader (Cat.970) | NTP + 50 days |
| 2 | 40 t. Trucks (Cat.771) | NTP + 50 days |
| 2 | Crushing Plant (300t/h) | NPT + 50 days |
| 5 | Track Drills (AC.ROC D7) | NPT + 80 days |
| 1 | Bulldozer (Cat.D8) | NPT + 80 days |
| 2 | Excavators (Cat.350L) | NPT + 80 days |
| 1 | Wheel Loader (Cat.970) | NPT + 80 days |
| 8 | 40t. Trucks (Cat.771) | NPT + 80 days |
| 1 | Bulldozer (Cat. D8) | NPT + 90 days |
| 2 | Excavators (Cat. 350L) | NPT + 90 days |
| 4 | Wheel Loaders (Cat. 970) | NPT + 90 days |
| 6 | 40t. Trucks (Cat. 771) | NPT + 90 days |
| 1 | Water Truck | NPT + 90 days |
| 2 | Bulldozers (Cat. D8 | NPT + 120 days |
| 2 | Wheel Loaders | NPT + 120 days |
| 3 | 40t Trucks (Cat. 771) | NPT + 120 days |
| 2 | Motor Scrapers ( Cat 631E) | NPT + 120 days |
| 3 | Graders (Cat. 12G) | NPT + 120 days |
| 2 | Sheepsft Comptrs (Cat.815) | NTP + 120 days |
| 1 | Water trucks | NTP + 120 days |
| 1 | Fuel & Lube Truck | NPT + 120 days |

Support facilities are mobilized according to the following schedule:

| Facility/Item | Mobilization Complete |
|---|---|
| USACE field office | NTP + 40 |
| SAB field office | NTP + 40 |
| USACE automobiles | NTP + 60 |
| USACE housing | NTP + 80 |
| TCN camp | NTP + 90 |

In the sixth month of the project, these will be supplemented with the addition of a warehouse, a mechanics shop and a construction camp for housing non-local and TCN workers.

### 3.2.1 Self-Performed Work

SAB self-performs wet works including the following:

- Concrete formwork
- Concrete placement & finishing
- Masonry
- Plaster
- Tiling
- Flooring
- Painting

All other construction tasks are competitively subcontracted to reputable Israeli firms with whom A. Arenson has a long-standing business relationship. Some construction tasks may be subcontracted to two or more subcontractors to optimize price, production capability, or quality, as appropriate.

### 3.2.2 Labor and Labor Camp

SAB proposes to utilize one of the local manpower companies to provide third country nationals (TCNs) for unskilled, semi-skilled, and skilled labor. Workers will come from either Romania or Turkey. Approximately 500 TCN workers are needed at peak production.

Foremen are generally Israeli national employees of subcontractors. Highest level construction supervisors and management are SAB employees.

It is common to bring TCNs into Israel to perform construction labor. There are several Israeli manpower firms specializing in providing TCN labor, who can readily supply all TCN workers. The manpower firms also construct the worker camps, and provide services for feeding, and daily transportation from camp to the job site. ABB SUSA is currently discussing this project with the following local manpower firms:

| | |
|---|---|
| • Kineton Ltd. | Tel Aviv |
| • Mundi Ltd. | Tel Aviv |
| • Oz Atid Ltd. | Tel Aviv |
| • Yad Hamisaj Ltd. | Tel Aviv |
| • Mazor Ltd. | Tel Aviv |
| • Talnir Ltd. | Netanya |

The worker camp will be located adjacent to the principal site activity on project property. The camp consists of modular units for housing, bath, dining, and

kitchen facilities, and portable latrines. Bath units provide hot and cold running water, showers, sinks. Latrines are pumped out and cleaned regularly. Centralized kitchen and dining units serve two hot meals per day (breakfast and dinner), and a sack lunch for eating on the job site. Camp staff also arranges laundry, mail, and weekend shopping/recreation trips to the Tel Aviv area.

### 3.2.3 Major Subcontracts

- **Site Work**

Clearing and grubbing, earthworks, roads, drainage, and asphalt paving are subcontracted to one of, or a combination of the following subcontractors:

| Contractors: | Location: |
|---|---|
| • Dan Rolider Ltd. | Haifa |
| • E. Ben Ari Ltd. | Ashdod |
| • Abu Kosh & Sons Ltd. | Dimona |
| • Madan Ltd. | Rehovot |

Arenson has a good and long-standing working relationship with each of the above firms. Each of the above firms by itself has the capability to handle all clearing and grubbing, drilling, blasting, mass excavation, backfill, roads, drainage, and asphalt paving for this job, especially given the recent slowdown in the Israeli construction industry. As a conservative measure, however, to ensure one firm is not overloaded SAB anticipates awarding subcontracts for defined portions of the work.

- **Utilities and Electro-Mechanical Works:**

The Utilities and Electro-mechanical scope of work includes:

- Supply and installation electrical ductbanks in trenching;
- Supply and installation of piping systems including underground piping in trenches;
- Supply and installation of transformers, switchgear, panelboards and electrical controls;
- Supply and installation of battery chargers;
- Supply, installation, pulling and termination of conductor and cable;
- Supply and installation of the HVAC systems;
- Supply and installation of the dehumidifying systems in the dry storage buildings.

## NACHSHONIM STORAGE FACILITY, ISRAEL
## MANPOWER CURVE




| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 108 | 184 | 218 | 226 | 226 | 252 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 395 | 395 | 412 | 539 | 539 | 691 | 707 | 741 | 918 | 927 | 927 | 834 | 834 | 826 | 741 | 724 | 615 | 496 | 404 | 243 | 176 | 49 | 7 |

Months

ABB-A. ARENSON-BARAN GROUP - JOINT VENTURE

## NACHSHONIM STORAGE FACILITY , ISRAEL

## Third Contry National Tax Plan - SR-14

| Asumptions | | |
|---|---|---|
| One Individual Average Monthly Personal Income Tax = | 123.4 | $ |
| Social Security = | 4.6 | $ |
| **Total Per Month Per one Individual (Average) =** | **128.0** | **$** |

Continued on the next Page →

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total No. of Employees | 108 | 184 | 218 | 226 | 226 | 252 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 395 | 395 | 412 | 539 | 539 | 539 | 691 | 707 | 741 | 918 |
| Expected No. of TCN's | | | | | | | | | | | | | | | 75 | 75 | 75 | 125 | 125 | 125 | 200 | 200 | 200 | 300 |
| Expected Monthly Reimbursment ($) | | | | | | | | | | | | | | | | 12,187 | 12,187 | 12,187 | 20,312 | 20,312 | 20,312 | 32,500 | 32,500 | 32,500 |
| **Accumulated** | | | | | | | | | | | | | | | | **12,187** | **24,375** | **36,562** | **56,875** | **77,187** | **97,499** | **129,999** | **162,499** | **194,999** |

| Asumptions | | |
|---|---|---|
| One Individual Average Monthly Personal Income Tax = | 123.4 | $ |
| Social Security = | 4.6 | $ |
| **Total Per Month Per one Individual (Average) =** | **128.0** | **$** |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 927 | 927 | 834 | 834 | 826 | 741 | 724 | 615 | 496 | 404 | 243 | 176 | 49 | 7 |
| 300 | 300 | 250 | 250 | 250 | 200 | 200 | 150 | 100 | 100 | 50 | 50 | | |
| 48,750 | 48,750 | 48,750 | 40,625 | 40,625 | 40,625 | 32,500 | 32,500 | 24,375 | 16,250 | 16,250 | 8,125 | 8,125 | |
| **243,748** | **292,498** | **341,247** | **381,872** | **422,497** | **463,122** | **495,621** | **528,121** | **552,496** | **568,746** | **584,996** | **593,121** | **601,246** | **601,246** |




Temporary Site Facilities

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **NACHSHONIM STORAGE FACILITY, ISRAEL** | | | | |
| **CONTRACTING & MOBILIZATION** | | | | |
| **GENERAL CONTRACTING & MOBILIZATION** | | | | |
| 1000 | Notice of Contract Award | 0 | 03JUN01* | |
| 1040 | NOTICE TO PROCEED | 0 | 20JUN01 | |
| 1050 | Site Office Mobilization (Temp.) | 10 | 20JUN01 | 01JUL01 |
| **ENGINEERING & DESIGN** | | | | |
| **DRY STORAGE BUILDINGS** | | | | |
| 1200 | Compl Design & IFC all Dry Stge Bldg | 350 | 02JUL01 | 13AUG02 |
| 1201 | Submit 60% Design Pkg Pilot/First DSB | 70 | 02JUL01 | 20SEP01 |
| 1203 | Issue 100% Design - Pilot/First DSB | 50 | 08OCT01 | 04DEC01 |
| 1210 | IFC - Design Pkg. Pilot DSB(Incl. Client | 15 | 21DEC01 | 07JAN02 |
| 1215 | Issue 60% Design (DSB Bldgs) for Client | 104 | 02JUL01 | 30OCT01 |
| 1225 | Incorp 60% Comment & Compl. 100% | 130 | 16NOV01 | 16APR02 |
| 1235 | Finalize & Incorp.100% Design Review | 26 | 29APR02 | 28MAY02 |
| 1240 | Incorp.Pilot DSB Envelop Test Comments | 26 | 15JUL02 | 13AUG02 |
| 1242 | IFC - DSB Bldg Dwgs for Construction | 0 | | 13AUG02 |
| **OTHER BUILDINGS** | | | | |
| 1250 | Compl Design Office/Public Buildings | 284 | 02JUL01 | 28MAY02 |
| 1260 | Compl Design Auxiliary/Utility Buildings | 284 | 02JUL01 | 28MAY02 |
| 1270 | Compl Design Logistic Building | 284 | 02JUL01 | 28MAY02 |
| **OPTION (BID) FACILITIES** | | | | |
| 1290 | Compl Design - Option Buildings | 205 | 27SEP01 | 23MAY02 |
| **LANDSCAPINGS** | | | | |
| 1280 | Issue Landscaping Package For Client | 78 | 03FEB02 | 03MAY02 |
| **SECURITY & CONTROL** | | | | |
| 1160 | Issue for Construction - Security System | 78 | 07JAN02 | 24APR02 |
| **PROCUREMENT** | | | | |
| 1400 | Procure Major Equipment (Incl. Panels) | 180 | 13JUL01 | 21MAR02 |
| 1405 | Expedite, Ship & Deliver Major | 220 | 30DEC01 | 11SEP02 |
| 1410 | Procure Fabricate & Insp. Struct Steel | 170 | 02JUL01 | 22FEB02 |
| 1415 | Expedite, Ship & Deliver Struct Steel @ | 210 | 18DEC01 | 19AUG02 |




**MAJOR MILESTONE:**

| | | Dates: |
|---|---|---|
| Notice of Project Award | 0 Days | Jun 3, 2001 |
| Notice to Proceed | 35 Days | Jun 20, 2001 |
| Start Construction | 433 Days | Jul 25, 2001 |
| Pilot Dry Stg Bldg. | 1,093 Days | Sep 5, 2002 |
| Proj Substantial Compl | | June 18, 2004 |
| Client Acceptance | | Aug 18, 2004 |

© Primavera Systems, Inc.

NSBP

Sheet 1 of 2

**Corps Of Engineers, District Europe**
**NACHSHONIM STORAGE FACILITY, ISRAEL**
**PROPOSED SUMMARY EXECUTION PLAN**
**Vol. 1**

**ABB SUSA/A.Arenson/Baran Group**
***(A Joint Venture)***

*Critical activities are in Red & Client activities are in Turquoise

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **CONSTRUCTION - BASE ITEMS** | | | | |
| GENERAL, ROCK BLASTING & SITE PREPARATION | | | | |
| 1605 | Blasting Contractor Mobilize/Temp Roads | 30 | 06AUG01 | 09SEP01 |
| 1610 | Control Rock Blasting - Area 1 | 80 | 10SEP01 | 11DEC01 |
| 1615 | Clear Site & Rock Removal - Area 1 | 120 | 10SEP01 | 27JAN02 |
| 1660 | Complete Rock Crushing | 390 | 03OCT01 | 31DEC02 |
| 1700 | Survey, Cut, Backfill Project Site | 185 | 01NOV01 | 04JUN02 |
| 1710 | Site Prep, Grad'g,Storm Drainage & | 180 | 25NOV01 | 21JUN02 |
| INFRASTRUCTURE | | | | |
| 2000 | Road Construction | 740 | 19DEC01 | 29APR04 |
| 2500 | Utilities Construction | 160 | 21FEB02 | 26AUG02 |
| 2900 | Security Fence, Gate & External Control | 160 | 28NOV03 | 01JUN04 |
| DRY STORAGE BUILDINGS | | | | |
| 3000 | Construct First (PILOT)Dry Storage | 130 | 28JAN02 | 27JUN02 |
| 3010 | Joint Envelop Test/Design | 60 | 05JUN02 | 13AUG02 |
| 3020 | Compl. Punch list/Constr. (PILOT) Dry | 20 | 14AUG02 | 05SEP02 |
| 3030 | Client Approve & Issue NTP for DSB | 0 | | 05SEP02 |
| 3100 | Construct Group 1 - DSB Buildings | 385 | 06SEP02 | 28NOV03 |
| 3200 | Construct Group 2 - DSB Buildings | 389 | 24JAN03 | 21APR04 |
| LOGISTIC/OFFICE & PUBLIC BUILDINGS | | | | |
| 3300 | Construct Logistic Building | 280 | 30SEP02 | 21AUG03 |
| 3400 | Construct Office/Public Bldg | 336 | 30OCT02 | 25NOV03 |
| OTHER BUILDINGS | | | | |
| 3500 | Construct Auxiliary Buildings | 182 | 01JAN03 | 31JUL03 |
| 3535 | Miscellaneous Bldgs (Synagouge, | 258 | 12MAR03 | 06JAN04 |
| 3575 | Fuel Storage Building & Facility | 156 | 16APR03 | 14OCT03 |
| 3600 | Construct Electrical/Transformer | 285 | 06SEP02 | 04AUG03 |
| 3690 | Energize Permanent Power | 0 | | 03AUG03 |
| LANDSCAPINGS | | | | |
| 3800 | Complete Landscaping Work | 165 | 28NOV03 | 07JUN04 |
| **CONSTRUCTION - OPTION ITEMS** | | | | |
| OPTION (BID) FACILITIES | | | | |
| 3900 | Construct Option One Buildings | 160 | 21MAY03 | 23NOV03 |
| 3950 | Option 1 & 2 - Parking Lots | 104 | 25NOV03 | 24MAR04 |
| 3990 | Complete Option Pakg Construction | 0 | | 24MAR04 |
| **PROJECT COMPLETION & DEMOBILIZATION** | | | | |
| PROJECT COMPLETION | | | | |
| 4010 | Substantial Project Completion | 0 | | 18JUN04 |
| 4020 | Joint Inspect, Develop & Resolve Punch | 52 | 20JUN04 | 18AUG04 |
| 4030 | Final Accept/Client Issue Proj | 0 | | 18AUG04 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **NACHSHONIM STORAGE FACILITY, ISRAEL** | | | | |
| **CONTRACTING & MOBILIZATION** | | | | |
| *GENERAL CONTRACTING & MOBILIZATION* | | | | |
| 1000 | Notice of Contract Award | 0 | 03JUN01* | |
| 1010 | Contract Agreement Reviewed & Signed | 10 | 03JUN01 | 13JUN01 |
| 1020 | Pre-Construction Conferences | 10 | 08JUN01 | 19JUN01 |
| 1030 | Obtain Performance & Other Bonds | 15 | 03JUN01 | 19JUN01 |
| 1040 | NOTICE TO PROCEED | 0 | 20JUN01 | |
| 1050 | Site Office Mobilization (Temp.) | 10 | 20JUN01 | 01JUL01 |
| 1052 | Submit Prelim Proj Sched/Safety Plan to | 15 | 20JUN01 | 06JUL01 |
| 1055 | Client Apprv. Prelim Constr | 14 | 08JUL01 | 23JUL01 |
| 1060 | Request & Obtain Various Constn | 30 | 20JUN01 | 24JUL01 |
| 1065 | Design Office Mobilization | 10 | 20JUN01 | 01JUL01 |
| 1068 | Pre-Design Conference(Initial) @ | 2 | 29JUN01 | 01JUL01 |
| 1069 | Apply Local Authority for | 20 | 25JUN01 | 17JUL01 |
| 1070 | Install Temp Power/Water/Sewer & | 10 | 18JUL01 | 29JUL01 |
| 1072 | Construct Site Office Facility/Temp | 52 | 25JUL01 | 23SEP01 |
| 1075 | Develop Subcontracting Plan for Client | 20 | 20JUN01 | 12JUL01 |
| 1078 | Client Approve Subcontracting Plan | 10 | 13JUL01 | 24JUL01 |
| 1080 | Complete Topo Survey | 10 | 20JUN01 | 01JUL01 |
| 1085 | Mobilize Construction Equipment | 30 | 20JUN01 | 24JUL01 |
| 1090 | Develop Detail Construction Schedule | 52 | 24JUL01 | 21SEP01 |
| 1095 | Develop Blasting & Site Excavation Plan | 30 | 20JUN01 | 24JUL01 |
| 1096 | Submit/Recv. Blasting Permit @ Local | 20 | 08JUL01 | 30JUL01 |
| 1098 | Client Review & Approve | 14 | 25JUL01 | 09AUG01 |
| *COE FACILITIES* | | | | |
| 1300 | COE Spcl Facility (incl Safety)Plan for | 10 | 20JUN01 | 01JUL01 |
| 1305 | Client Approve COE Facilty & Security | 10 | 02JUL01 | 12JUL01 |
| 1310 | Furnish COE Vehicles | 60 | 20JUN01 | 28AUG01 |
| 1320 | Construct & Furnish COE Living Quarters | 52 | 13JUL01 | 11SEP01 |
| 1330 | Construct & Furnish COE Office Facilities | 52 | 13JUL01 | 11SEP01 |
| 1340 | Maintain COE Facilities/Security Monitor | 830 | 12SEP01 | 06MAY04 |




**MAJOR MILESTONE:** Dates: NSBP

| | | |
|---|---|---|
| Notice of Project Award | 0 Days | Jun 3, 2001 |
| Notice to Proceed | 35 Days | Jun 20, 2001 |
| Start Construction | 433 Days | Jul 25, 2001 |
| Pilot Dry Stg Bldg. | 1,093 Days | Sep 5, 2002 |
| Proj Substantial Compl | | June 18, 2004 |
| Client Acceptance | | Aug 18, 2004 |

© Primavera Systems, Inc.

Sheet 1 of 9

**Corps Of Engineers, District Europe**
**NACHSHONIM STORAGE FACILITY, ISRAEL**
**PROPOSED CPM NETWORK SCHEDULE**
**Vol. 1**

**ABB SUSA/A.Arenson/Baran Group**

**(A Joint Venture)**

*Critical activities are in Red & Client activities are in Turquoise

## ENGINEERING & DESIGN

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **INFRASTRUCTURE** | | | | |
| 1100 | Start Detail Design | 0 | 29JUN01 | |
| 1105 | Issue For Construction - Cut & Fill | 26 | 17JUL01 | 21AUG01 |
| 1110 | Issue For Construction-Site Prep | 26 | 17JUL01 | 21AUG01 |
| 1120 | Issue For Construction- Road Details | 78 | 22AUG01 | 07DEC01 |
| 1130 | I F C - Water/Sewer/Storm Water Pkg. | 78 | 22AUG01 | 07DEC01 |
| 1140 | Issue For Constr-Power/Electrical Distr. | 68 | 05SEP01 | 07DEC01 |
| 1150 | Issue for Constr - Communication Syst. | 68 | 05SEP01 | 07DEC01 |
| **DRY STORAGE BUILDINGS** | | | | |
| 1200 | Compl Design & IFC all Dry Stge Bldg | 350 | 02JUL01 | 13AUG02 |
| 1201 | Submit 60% Design Pkg Pilot/First DSB | 70 | 02JUL01 | 20SEP01 |
| 1202 | Client Review 60% Design Pkg. | 14 | 21SEP01 | 07OCT01 |
| 1203 | Issue 100% Design - Pilot/First DSB | 50 | 08OCT01 | 04DEC01 |
| 1205 | Client Review & Approve Pilot DSB | 14 | 05DEC01 | 20DEC01 |
| 1207 | Review Meeting @ COE Office in | 5 | 16DEC01 | 20DEC01 |
| 1210 | IFC - Design Pkg. Pilot DSB(Incl. Client | 15 | 21DEC01 | 07JAN02 |
| 1215 | Issue 60% Design (DSB Bldgs) for Client | 104 | 02JUL01 | 30OCT01 |
| 1220 | Client Review 60% DSB Design Pkg. | 14 | 31OCT01 | 15NOV01 |
| 1222 | Review Meeting @ Engineers Office | 3 | 14NOV01 | 16NOV01 |
| 1225 | Incorp 60% Comment & Compl. 100% | 130 | 16NOV01 | 16APR02 |
| 1230 | Client Review 100% DSB Design Pkg. | 10 | 17APR02 | 28APR02 |
| 1232 | Review Meeting @ COE office | 3 | 25APR02 | 28APR02 |
| 1235 | Finalize & Incorp.100% Design Review | 26 | 29APR02 | 28MAY02 |
| 1240 | Incorp.Pilot DSB Envelop Test Comments | 26 | 15JUL02 | 13AUG02 |
| 1242 | IFC - DSB Bldg Dwgs for Construction | 0 | | 13AUG02 |
| 1299 | Complete Design | 0 | | 13AUG02 |
| **OTHER BUILDINGS** | | | | |
| 1250 | Compl Design Office/Public Buildings | 284 | 02JUL01 | 28MAY02 |
| 1251 | Issue 60% Design Pkg. Office/Public Bldg | 104 | 02JUL01 | 30OCT01 |
| 1252 | Client Review & Comments 60% | 14 | 31OCT01 | 15NOV01 |
| 1255 | Issue 100% Design Pkg. Office/Public | 130 | 16NOV01 | 16APR02 |
| 1257 | Client Review & Comments 100% | 10 | 17APR02 | 28APR02 |
| 1259 | Finalize 100% Revw Comments & Issue | 26 | 29APR02 | 28MAY02 |
| 1260 | Compl Design Auxiliary/Utility Buildings | 284 | 02JUL01 | 28MAY02 |
| 1261 | Issue 60% Design Pkg - Auxiliary/Utility | 104 | 02JUL01 | 30OCT01 |
| 1262 | Client Review 60% Design - Auxl & Utility | 14 | 31OCT01 | 15NOV01 |
| 1265 | Issue 100% Design Pkg - Auxl & Utility | 130 | 16NOV01 | 16APR02 |
| 1268 | Client Review 100% Design Auxl & Utility | 10 | 17APR02 | 28APR02 |
| 1269 | Incorp Comments/ Issue For Constn. | 26 | 29APR02 | 28MAY02 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **OTHER BUILDINGS** | | | | |
| 1270 | Compl Design Logistic Building | 284 | 02JUL01 | 28MAY02 |
| 1271 | Issue 60% Design Pkg - Logistic Bldg. | 104 | 02JUL01 | 30OCT01 |
| 1272 | Client Review 60% Design Pkg. Logistic | 14 | 31OCT01 | 15NOV01 |
| 1275 | Issue 100% Design Pkg. Logistic Bldg. | 130 | 16NOV01 | 16APR02 |
| 1278 | Client Review 100% Design - Logistic | 10 | 17APR02 | 28APR02 |
| 1279 | Incorporate Client Comments & IFC- | 26 | 29APR02 | 28MAY02 |
| **OPTION (BID) FACILITIES** | | | | |
| 1290 | Compl Design - Option Buildings | 205 | 27SEP01 | 23MAY02 |
| 1291 | Issue 60% Design Pkg.Option( Incl BLDG | 78 | 26SEP01 | 25DEC01 |
| 1292 | Client Review 60% Design Pkg. | 14 | 26DEC01 | 10JAN02 |
| 1293 | Issue 100% Design for Client Review | 78 | 11JAN02 | 11APR02 |
| 1295 | Client Review 100% Option Pkg. Design | 10 | 12APR02 | 23APR02 |
| 1297 | Incorp Comments & Issue for Constn | 26 | 24APR02 | 23MAY02 |
| **LANDSCAPINGS** | | | | |
| 1280 | Issue Landscaping Package For Client | 78 | 03FEB02 | 03MAY02 |
| 1282 | Client Review & Approve Landscape Pkg | 14 | 05MAY02 | 20MAY02 |
| 1285 | Incorp Comments & Issue for | 26 | 21MAY02 | 19JUN02 |
| **SECURITY & CONTROL** | | | | |
| 1160 | Issue for Construction - Security System | 78 | 07JAN02 | 24APR02 |
| 1161 | -Perimeter Fence Details | 40 | 07JAN02 | 01MAR02 |
| 1162 | -Security Gates and Gate House Details | 52 | 03FEB02 | 03APR02 |
| 1163 | -Area Lighting System Details | 40 | 26FEB02 | 12APR02 |
| 1164 | -Parking Lots Detail Dwg. Pkg. | 26 | 26MAR02 | 24APR02 |
| **PROCUREMENT** | | | | |
| 1400 | Procure Major Equipment (Incl. Panels) | 180 | 13JUL01 | 21MAR02 |
| 1403 | Client Approve Major Equipment Specs | 80 | 10AUG01 | 11NOV01 |
| 1405 | Expedite, Ship & Deliver Major | 220 | 30DEC01 | 11SEP02 |
| 1410 | Procure Fabricate & Insp. Struct Steel | 170 | 02JUL01 | 22FEB02 |
| 1412 | Client Approv Struct Steel Specs | 14 | 12SEP01 | 27SEP01 |
| 1413 | Client Approv Struct Steel Dwgs/Fabr. | 14 | 12SEP01 | 27SEP01 |
| 1415 | Expedite, Ship & Deliver Struct Steel @ | 210 | 18DEC01 | 19AUG02 |
| 1420 | Procure Other Equipment | 240 | 09NOV01 | 10OCT02 |
| 1422 | Client Approve Other Equipment Specs | 80 | 21DEC01 | 24MAR02 |
| 1425 | Expedite, Ship & Deliver Other Equip @ | 249 | 15MAR02 | 30DEC02 |
| 1430 | Procure Materials - US Origin | 180 | 03AUG01 | 11APR02 |
| 1432 | Client Approve US Origin Material Specs | 30 | 31AUG01 | 04OCT01 |
| 1435 | Expedite, Ship & Deliver US Origin Matrls. | 325 | 26OCT01 | 08NOV02 |
| 1440 | Procure Materials From Local Market | 520 | 13JUL01 | 11MAR03 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 1442 | Client Approve Local Material Specs | 60 | 17AUG01 | 25OCT01 |
| 1445 | Expedite & Deliver Materials from Local | 584 | 17AUG01 | 29JUN03 |
| **CONSTRUCTION - BASE ITEMS** | | | | |
| *GENERAL, ROCK BLASTING & SITE PREPARATION* | | | | |
| 1500 | Start Construction | 0 | 20JUN01 | |
| 1600 | Demolition, Clearing & Grubing | 20 | 25JUL01 | 16AUG01 |
| 1602 | Milling & Disposal of Existing Asphalt | 20 | 25JUL01 | 16AUG01 |
| 1605 | Blasting Contractor Mobilize/Temp Roads | 30 | 06AUG01 | 09SEP01 |
| 1610 | Control Rock Blasting - Area 1 | 80 | 10SEP01 | 11DEC01 |
| 1615 | Clear Site & Rock Removal - Area 1 | 120 | 10SEP01 | 27JAN02 |
| 1620 | Control Rock Blasting - Area 2 | 100 | 10SEP01 | 03JAN02 |
| 1625 | Clear Site & Rock Removal | 150 | 10SEP01 | 03MAR02 |
| 1630 | Control Rock Blasting Area 3 | 140 | 10SEP01 | 19FEB02 |
| 1635 | Clear Site & Rock Removal | 180 | 10SEP01 | 07APR02 |
| 1640 | Control Rock Blasting Area 4 | 140 | 10SEP01 | 19FEB02 |
| 1645 | Clear Site & Rock Removal | 209 | 10SEP01 | 10MAY02 |
| 1650 | Install Rock Crushing Plant & Start | 0 | 03OCT01 | |
| 1660 | Complete Rock Crushing | 390 | 03OCT01 | 31DEC02 |
| 1700 | Survey, Cut, Backfill Project Site | 185 | 01NOV01 | 04JUN02 |
| 1710 | Site Prep, Grad'g,Storm Drainage & | 180 | 25NOV01 | 21JUN02 |
| *INFRASTRUCTURE* | | | | |
| 2000 | Road Construction | 740 | 19DEC01 | 29APR04 |
| 2005 | Survey & Stakeout Access Roads | 30 | 19DEC01 | 22JAN02 |
| 2010 | Cut & Fill Access Roads | 40 | 06JAN02 | 20FEB02 |
| 2020 | Sub-Base Construction - Access Roads | 40 | 21FEB02 | 08APR02 |
| 2030 | Lay Utility Lines - Access Roads | 60 | 21FEB02 | 01MAY02 |
| 2040 | Base Construction - Access Roads & | 60 | 09APR02 | 17JUN02 |
| 2050 | Construct Storm Water Passage/Culverts | 60 | 09APR02 | 17JUN02 |
| 2060 | First Layer of Asphalt Paving | 60 | 02NOV03 | 09JAN04 |
| 2070 | Final Layer of Paving | 30 | 18DEC03 | 21JAN04 |
| 2080 | Pavement Markings & Road Signages | 10 | 22JAN04 | 02FEB04 |
| 2100 | Survey & Stakeout Perimeter Roads | 30 | 19DEC01 | 22JAN02 |
| 2110 | Cut & Fill Perimeter Roads | 40 | 06JAN02 | 20FEB02 |
| 2120 | Sub-Base Construction - Perimeter | 40 | 21FEB02 | 08APR02 |
| 2130 | Lay Utility Lines - Perimeter Roads | 60 | 21FEB02 | 01MAY02 |
| 2140 | Base Construction - Perimeter Roads & | 60 | 09APR02 | 17JUN02 |
| 2150 | Construct Storm Water Passage/Culverts | 60 | 09APR02 | 17JUN02 |
| 2160 | First Layer of Asphalt Paving | 60 | 02NOV03 | 09JAN04 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| INFRASTRUCTURE | | | | |
| 2170 | Final Layer of Paving | 30 | 25NOV03 | 29DEC03 |
| 2180 | Pavement Markings & Road Signages | 10 | 30DEC03 | 09JAN04 |
| 2200 | Survey & Stakeout Circular Roads | 30 | 23JAN02 | 26FEB02 |
| 2210 | Cut & Fill Circulars Roads | 40 | 10FEB02 | 27MAR02 |
| 2220 | Sub-Base Construction - Circular Roads | 40 | 28MAR02 | 13MAY02 |
| 2230 | Lay Utility Lines - Circular Roads | 60 | 28MAR02 | 05JUN02 |
| 2240 | Base Construction - Circular Roads & | 60 | 14MAY02 | 22JUL02 |
| 2250 | Construct Storm Water Drainage | 60 | 14MAY02 | 22JUL02 |
| 2260 | First Layer of Asphalt Paving | 40 | 25NOV03 | 09JAN04 |
| 2270 | Final Layer of Paving | 20 | 18DEC03 | 09JAN04 |
| 2280 | Pavement Markings & Road Signages | 10 | 11JAN04 | 21JAN04 |
| 2300 | Survey Stakeout Radial Roads | 40 | 23JAN02 | 10MAR02 |
| 2310 | Cut & Fill Radial Roads | 40 | 10FEB02 | 27MAR02 |
| 2320 | Sub-Base Construction - Radial Roads | 40 | 28MAR02 | 13MAY02 |
| 2330 | Lay Utility Lines -Radial Roads | 60 | 28MAR02 | 05JUN02 |
| 2340 | Base Construction -Radial Roads & Road | 60 | 14MAY02 | 22JUL02 |
| 2350 | Construct Storm Water Drainage - Radial | 60 | 14MAY02 | 22JUL02 |
| 2360 | First Layer of Asphalt Paving - Radial | 40 | 18DEC03 | 02FEB04 |
| 2370 | Final Layer of Paving - Radial Roads | 25 | 16JAN04 | 13FEB04 |
| 2380 | Pavement Markings & Road Signages - | 10 | 15FEB04 | 25FEB04 |
| 2400 | Survey & Stakeout Other Roads | 30 | 27FEB02 | 02APR02 |
| 2410 | Cut & Fill Other Roads | 30 | 17MAR02 | 19APR02 |
| 2420 | Sub-Base Construction - Other Roads | 40 | 21APR02 | 05JUN02 |
| 2430 | Lay Utility Lines - Other Roads | 60 | 21APR02 | 28JUN02 |
| 2440 | Base Construction - Other Roads & | 60 | 06JUN02 | 14AUG02 |
| 2450 | Construct Storm Water Passage/Culverts | 60 | 06JUN02 | 14AUG02 |
| 2460 | First Layer of Asphalt Paving | 40 | 03FEB04 | 19MAR04 |
| 2470 | Final Layer of Paving | 25 | 21MAR04 | 18APR04 |
| 2480 | Pavement Markings & Road Signages | 10 | 19APR04 | 29APR04 |
| 2500 | Utilities Construction | 160 | 21FEB02 | 26AUG02 |
| 2505 | Lay Main Water Distribution Lines | 100 | 21FEB02 | 17JUN02 |
| 2510 | Lay Branch Water Distribution Lines | 80 | 09APR02 | 10JUL02 |
| 2520 | Hydro-Test Water Distribution System | 20 | 11JUL02 | 02AUG02 |
| 2530 | Connect Water System Main to Supply | 10 | 04AUG02 | 14AUG02 |
| 2600 | Lay Main Sewer & Storm Water System | 100 | 21FEB02 | 17JUN02 |
| 2610 | Lay Branch Sewer/Storm Collection | 80 | 09APR02 | 10JUL02 |
| 2620 | Test Sewer System & Connect To ELAD | 10 | 11JUL02 | 22JUL02 |
| 2700 | Lay Main Power Distribution Cables | 100 | 21FEB02 | 17JUN02 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| INFRASTRUCTURE | | | | |
| 2710 | Lay Secondary Power Distribution Cables | 80 | 09APR02 | 10JUL02 |
| 2720 | Terminate Cables @ Various | 66 | 06JUN02 | 21AUG02 |
| 2730 | Terminate Cables for Area Lighting | 40 | 11JUL02 | 26AUG02 |
| 2800 | Lay Main Communication & Control | 100 | 21FEB02 | 17JUN02 |
| 2810 | Lay Secondary Communication/Control | 80 | 09APR02 | 10JUL02 |
| 2820 | Test/Term. Comm/Contl. Cables-Various | 40 | 11JUL02 | 26AUG02 |
| 2900 | Security Fence, Gate & External Control | 160 | 28NOV03 | 01JUN04 |
| 2905 | Complete Perimeter Fences | 104 | 28NOV03 | 28MAR04 |
| 2910 | Complete Area & Perimeter Lightings | 120 | 02JAN04 | 20MAY04 |
| 2920 | Complete Gate House & Gate Security | 40 | 05APR04 | 20MAY04 |
| 2930 | Complete Security Gate Parking Facility | 40 | 16APR04 | 01JUN04 |
| 2940 | Complete All External Control & Security | 150 | 28NOV03 | 20MAY04 |
| DRY STORAGE BUILDINGS | | | | |
| 3000 | Construct First (PILOT)Dry Storage | 130 | 28JAN02 | 27JUN02 |
| 3010 | Joint Envelop Test/Design | 60 | 05JUN02 | 13AUG02 |
| 3020 | Compl. Punch list/Constr. (PILOT) Dry | 20 | 14AUG02 | 05SEP02 |
| 3030 | Client Approve & Issue NTP for DSB | 0 | | 05SEP02 |
| 3100 | Construct Group 1 - DSB Buildings | 385 | 06SEP02 | 28NOV03 |
| 3110 | Pour Concrete Foundation | 180 | 06SEP02 | 03APR03 |
| 3120 | Construct DSB Superstructure | 170 | 29OCT02 | 14MAY03 |
| 3130 | Construct DSB Roof/ Roof Structure | 170 | 03DEC02 | 18JUN03 |
| 3140 | Complete HVAC System | 190 | 19JAN03 | 27AUG03 |
| 3150 | Compl Electr. & Communication Cables & | 170 | 19JAN03 | 04AUG03 |
| 3160 | Complete Eletr & Mech. Equipment | 160 | 23FEB03 | 27AUG03 |
| 3170 | Compl. Panels, Walls, and Floors | 170 | 23FEB03 | 08SEP03 |
| 3180 | Compl Constr Doors/Windows - Group 1 | 150 | 04MAY03 | 24OCT03 |
| 3190 | Complete all Finishing @ Group 1 DSB | 100 | 05AUG03 | 28NOV03 |
| 3200 | Construct Group 2 - DSB Buildings | 389 | 24JAN03 | 21APR04 |
| 3210 | Pour Concrete Foundation | 180 | 24JAN03 | 21AUG03 |
| 3220 | Construct DSB Superstructure | 170 | 18MAR03 | 01OCT03 |
| 3230 | Construct Roof / Roof Structure | 170 | 22APR03 | 05NOV03 |
| 3240 | Complete HVAC System | 160 | 08JUN03 | 10DEC03 |
| 3250 | Compl Electr & Comm Cables & Fixtures | 220 | 04MAY03 | 14JAN04 |
| 3260 | Complete Electr & Mech. Equipment | 150 | 24JUL03 | 14JAN04 |
| 3270 | Complete Panels, Walls and Floors | 190 | 08JUN03 | 14JAN04 |
| 3275 | Compl Constr. Doors, Windows - Group 2 | 150 | 17AUG03 | 06FEB04 |
| 3280 | Compl All Finishes - Group 2 DSB Bldgs | 104 | 23DEC03 | 21APR04 |
| 3290 | Joint Inspection/Resolve Punchlist DSB | 52 | 30MAR04 | 28MAY04 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| DRY STORAGE BUILDINGS | | | | |
| 3295 | Client Final Acceptance all DSB Buildings | 0 | | 18JUN04 |
| LOGISTIC/OFFICE & PUBLIC BUILDINGS | | | | |
| 3300 | Construct Logistic Building | 280 | 30SEP02 | 21AUG03 |
| 3310 | Pour Concrete Foundation - Logistic | 40 | 30SEP02 | 14NOV02 |
| 3320 | Compl Superstructure - Logistic Building | 60 | 15NOV02 | 23JAN03 |
| 3330 | Compl Roof/Roof Structure - Logistic | 30 | 24JAN03 | 27FEB03 |
| 3340 | Compl HVAC System - Logistic Building | 50 | 24JAN03 | 23MAR03 |
| 3350 | Compl Electr/Comm Cables & | 78 | 24JAN03 | 24APR03 |
| 3360 | Compl Install Electr & Mech Equipment | 52 | 24FEB03 | 24APR03 |
| 3370 | Compl Panels, Walls & Floors | 52 | 19MAR03 | 18MAY03 |
| 3380 | Compl Doors, Windows, Bathrooms etc. | 52 | 19MAY03 | 17JUL03 |
| 3390 | Complete All Finishes - Logistic Building | 52 | 23JUN03 | 21AUG03 |
| 3400 | Construct Office/Public Bldg | 336 | 30OCT02 | 25NOV03 |
| 3410 | Pour Concrete Foundation - Office/Public | 52 | 30OCT02 | 29DEC02 |
| 3420 | Compl Superstructure - Office/Public Bldg | 65 | 30DEC02 | 14MAR03 |
| 3430 | Compl Roof/Roof Struct.- Office/Public | 52 | 16MAR03 | 14MAY03 |
| 3440 | Complete HVAC System - Office/Public | 78 | 16MAR03 | 13JUN03 |
| 3450 | Compl Electr/Comm Cables - | 100 | 16MAR03 | 09JUL03 |
| 3460 | Compl Install Electr/Mech Equipment | 52 | 11MAY03 | 09JUL03 |
| 3465 | Install Telecommunication Equipment | 78 | 11MAY03 | 08AUG03 |
| 3470 | Compl Panels, Walls, Floors, Bathrooms | 90 | 20MAY03 | 01SEP03 |
| 3480 | Complete Doors,Windows etc - | 60 | 02SEP03 | 10NOV03 |
| 3490 | Compl All Finishes to Office/Public Bldg | 52 | 26SEP03 | 25NOV03 |
| OTHER BUILDINGS | | | | |
| 3500 | Construct Auxiliary Buildings | 182 | 01JAN03 | 31JUL03 |
| 3505 | Pour Concrete Foundation Auxiliary | 60 | 01JAN03 | 11MAR03 |
| 3510 | Construct Superstructure - Auxiliary | 60 | 24JAN03 | 03APR03 |
| 3515 | Construct Roof/Roof Structure- Auxiliary | 52 | 17FEB03 | 17APR03 |
| 3520 | Compl Electr/Comm. Cables - Auxiliary | 78 | 28FEB03 | 29MAY03 |
| 3525 | Compl Walls, Floors & Ceilings - Auxiliary | 78 | 16APR03 | 15JUL03 |
| 3530 | Compl Doors/Windows, Finishing - | 52 | 02JUN03 | 31JUL03 |
| 3535 | Miscellaneous Bldgs (Synagouge, | 258 | 12MAR03 | 06JAN04 |
| 3540 | Pour Concrete Foundations | 60 | 12MAR03 | 20MAY03 |
| 3545 | Construct Superstructure | 90 | 16APR03 | 29JUL03 |
| 3550 | Compl Roof/Roof Structures | 78 | 21MAY03 | 19AUG03 |
| 3555 | Complete Electrical/Comm. Cables | 120 | 09MAY03 | 25SEP03 |
| 3560 | Compl. HVAC System | 90 | 25JUN03 | 07OCT03 |
| 3565 | Compl All Electr & Mech Equipment | 78 | 07JUL03 | 05OCT03 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **OTHER BUILDINGS** | | | | |
| 3570 | Compl Walls/Floors/Doors/Windows etc & | 78 | 08OCT03 | 06JAN04 |
| 3575 | Fuel Storage Building & Facility | 156 | 16APR03 | 14OCT03 |
| 3580 | Construct Fuel (Oil/Gas)Storage Facilities | 78 | 16APR03 | 15JUL03 |
| 3585 | Construct Fuel Distrib. & Dispensing | 104 | 16APR03 | 14AUG03 |
| 3590 | Install Pump Stations For Fuel Dispensing | 52 | 16JUN03 | 14AUG03 |
| 3595 | Compl Paving & Finish Fuel Pumps & | 52 | 15AUG03 | 14OCT03 |
| 3600 | Construct Electrical/Transformer | 285 | 06SEP02 | 04AUG03 |
| 3605 | Pour Concrete Electric Building | 30 | 06SEP02 | 10OCT02 |
| 3608 | Compl. Constr Electr Bldg (Super Struct & | 50 | 11OCT02 | 08DEC02 |
| 3610 | Compl. Termin. Main/Second | 55 | 30SEP02 | 02DEC02 |
| 3612 | Install Switchgear @ Electric Bldg | 26 | 09DEC02 | 07JAN03 |
| 3615 | Compl Electr Bldg Walls,Floors,Doors & | 30 | 22DEC02 | 24JAN03 |
| 3620 | Compl IEC Power Lines & Receive | 3 | 26JAN03 | 28JAN03 |
| 3650 | Pour Concrete Foundation - Transformer | 130 | 05FEB03 | 06JUL03 |
| 3655 | Compl Superstructure - Utility Bldgs | 100 | 04APR03 | 29JUL03 |
| 3660 | Install Transformers - Transformer Bldgs | 78 | 30APR03 | 29JUL03 |
| 3670 | Compl All Cable Pull/Terminations | 78 | 04APR03 | 03JUL03 |
| 3680 | Compl Terminate & Testing All Cables | 26 | 04JUL03 | 03AUG03 |
| 3690 | Energize Permanent Power | 0 | | 03AUG03 |
| **LANDSCAPINGS** | | | | |
| 3800 | Complete Landscaping Work | 165 | 28NOV03 | 07JUN04 |
| 3810 | Constr.Side Walks, Interlock'g | 104 | 28NOV03 | 28MAR04 |
| 3820 | Construct. Stone Work & Gabions | 90 | 22DEC03 | 04APR04 |
| 3830 | Construct Retaining Walls Around DSB | 104 | 28NOV03 | 28MAR04 |
| 3840 | Construct All Amphitheaters | 104 | 28NOV03 | 28MAR04 |
| 3845 | Construct Basketball Courts | 52 | 28JAN04 | 28MAR04 |
| 3850 | Construct Irrigation System | 78 | 14JAN04 | 13APR04 |
| 3860 | Complete Planting Trees | 52 | 05APR04 | 03JUN04 |
| 3870 | Complete Planting Shrubs | 55 | 05APR04 | 07JUN04 |
| **CONSTRUCTION - OPTION ITEMS** | | | | |
| **OPTION (BID) FACILITIES** | | | | |
| 3900 | Construct Option One Buildings | 160 | 21MAY03 | 23NOV03 |
| 3905 | Compl Pour Concr Foundation | 40 | 21MAY03 | 06JUL03 |
| 3910 | Complete Super Structures | 78 | 25JUN03 | 23SEP03 |
| 3915 | Compl Roof/Roof Structure | 40 | 11AUG03 | 25SEP03 |
| 3920 | Compl Electr/Comm Cables | 104 | 18JUL03 | 16NOV03 |
| 3925 | Compl HVAC System | 60 | 03SEP03 | 11NOV03 |
| 3930 | Compl Electr/Mechanical Equipment | 40 | 26SEP03 | 11NOV03 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| | **OPTION (BID) FACILITIES** | | | |
| 3935 | Compl Walls/Panels/Floors/Doors & | 60 | 08SEP03 | 16NOV03 |
| 3940 | Compl Bathrooms and all Finishes | 46 | 01OCT03 | 23NOV03 |
| 3945 | Compl Option 1 Buildings | 0 | | 23NOV03 |
| 3950 | Option 1 & 2 - Parking Lots | 104 | 25NOV03 | 24MAR04 |
| 3955 | Complete Pave Option 1 Parking Lot | 52 | 25NOV03 | 23JAN04 |
| 3960 | Compl Marking & Signage Parking Area | 20 | 25JAN04 | 16FEB04 |
| 3980 | Construct Option 2 Parking Lots | 78 | 25NOV03 | 23FEB04 |
| 3985 | Compl Markings & Signages Option 2 | 26 | 24FEB04 | 24MAR04 |
| 3990 | Complete Option Pakg Construction | 0 | | 24MAR04 |
| | ***PROJECT COMPLETION & DEMOBILIZATION*** | | | |
| | **PROJECT COMPLETION** | | | |
| 4000 | Complete Construction & Clean Up site | 52 | 20APR04 | 18JUN04 |
| 4010 | Substantial Project Completion | 0 | | 18JUN04 |
| 4020 | Joint Inspect, Develop & Resolve Punch | 52 | 20JUN04 | 18AUG04 |
| 4030 | Final Accept/Client Issue Proj | 0 | | 18AUG04 |
| 4040 | Complete Demobilization | 75 | 04MAY04 | 29JUL04 |

