Loren Data Corp.

[redacted]

**COMMERCE BUSINESS DAILY ISSUE OF OCTOBER 30, 2000 PSA #2716**
**SOLICITATIONS**

# Y -- FIRM FIXED PRICE CONTRACT FOR DESIGN/CONSTRUCTION SERVICES FOR NACHSHONIM STORAGE BASE, ELAD, ISRAEL

**Notice Date**
October 26, 2000

**Contracting Office**
Department of The Army, US Army Engineer District, Europe, Attn: CENAU-CT, Cmr 410, Box 7 APO AE 09096

**ZIP Code**
09096

**Solicitation Number**
DACA90-01-R-0001

**Response Due**
January 22, 2001

**Point of Contact**
PM-Robert Saari, phone 011-49-611-816-2820 or C S- Ann Gunzel, phone 011-49-611-2624.

**Description**
Firm Fixed Price (FFP) Contract for Design/Construction of military facilities, Nachshonim Storage Base, located approximately 20km east of Tel Aviv, Israel. The proposed facilities construction will be administered under Foreign Military Sales (FMS), and United States procurement laws and regulations. Contract will be awarded and paid in U.S. dollars. Under the Wye River Accords, this procurement is restricted to United States firms, Israeli firms OR United States/Israeli Joint Ventures. In addition, construction materials must be manufactured in Israel, to the extent such materials satisfy contract requirements. Contractors may bring into Israel nationals of the U.S and third countries having diplomatic relations with Israel for the purpose of accomplishing the work. Principal features of this project are as follows: The Nachshonim Storage Base shall be designed and constructed for the long-term storage and maintenance of a large number of vehicles and equipment. The work includes the follow-on design and construction of storage buildings, office buildings, residential storage and services buildings and the construction of all related infrastructure. The Base occupies an area of approximately 1,600,000 square meters. The total building area is approximately 227,000 square meters for 204 different buildings. Infrastructure and Site Development is currently fully 100% designed. The contractor will be responsible for follow-on detailed design of the external utilities connections, all buildings, and communications and control systems. The buildings, external utility connections, and communications and control systems have been designed through approximately 35%. Responses are desired from firms who can demonstrate

recent experience and excellent past performance in design/construction of similar facilities. If the offeror does not have in-house design and construction capabilities, joint ventures will be acceptable. The qualifications of both the design and construction firm will be evaluated. The offeror will also have to demonstrate scheduling capability, proposed schedule for this procurement, and submit a management plan. Solicitation will be issued on or about 20 November 2000. Proposals will be received on or about 22 January 2001. Estimated cost of proposed procurement is more than $100,000,000. Estimated time of completion: 1095 Calendar Days: SIC code 1541. Plans and specifications will be issued on CD ROM only and limited to one (1) set per contractor. A site visit has been scheduled for 20 December 2000, 10:00 at the site. Questions of a technical nature may be addressed to Mr. Robert Saari at telephone number 011 49 611 816-2820 or electronic mail Rob.B.Saari@nau02.usace.army.mil. Questions of a contractual nature may be addressed to Ann Gunzel at 011-49 611 816-2624 or electronic mail Ann.L.Gunzel@nau02.usace.army.mil or faxed to 011 49 611 816-2618.

**Web Link**

Ann.L.Gunzel@NAU02.usace.army.mil (Rob.B.Saari@NAU02.usace.army.mil or Ann.L.Gunzel@NAU02.usace.army.mil)

**Record**

Loren Data Corp. 20001030/YSOL005.HTM (W-300 SN505248)

| Y - Construction of Structures and Facilities Index | Issue Index |

---

*Created on October 26, 2000 by Loren Data Corp. -- info@ld.com*