Case 1:05-cv-00114-EJD Document 14-7 Filed 06/10/2005 Page 1 of 2

A.A.B JOINT VENTURE
ABB SUSA\ A. ARENSON\ BARAN GROUP

א.א.ב. - מיזם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

16 March 2003

Ref. USACE/03-0270

DISTRIBUTION

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | ✓ |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | |
| SAFETY MGR | | |
| SCHEDULER | | ✓ |
| | | |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| Yael Bernatz | | ✓ |
| | | |
| | | |
| SUBJECT FILE | 1.01 | |

15.10.06

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043

NACHSHONIM STORAGE BASE

**SUBJECT: TCN Labor Delays – Request for Time Extension and Equitable Adjustment**

Dear Sir,

In reference to USACE/02-0214 dated 27 October, 2002 Subject: TCN Labor Delays, and the critical path analysis for project delays due to lack of ability to import TCN labor attached thereto, the AAB JV offers the following.

The referenced critical path analysis justifies a project delay of 29 days due to the shortage of TCN labor for the months of May 02 through August 2002. In reference to USACE/02-0125 dated 01 May 2002, and in accordance with Contract Clauses, Section 00700-33, FAR 52.243-4, Changes, Contractor requests consideration for (1) a time extension of 29 days to the project schedule and (2) an equitable adjustment for additional costs incurred due to the obstacles imposed by the Israeli government on the import and employment of TCN labor.

The AAB JV continues to track and document the cost impact as follows:

1. Additional indirect costs resulting from extension of the duration of the project sustained by Contractor and its subcontractors
2. Additional costs for the Contractor and subcontractors to substitute Israeli labor, to the extent available, for TCN labor
3. Additional costs for retaining the services of past and presently employed TCN labor
4. Additional costs for legal efforts to mitigate the problem, according to Contract section 00700, 252.222-7002 (c) COMPLIANCE WITH LOCAL LABOR LAWS (OVERSEAS) (JUN 1997)
5. Other additional costs as elaborated in Contractors 05 March 2003 presentation to the USACE and potential costs, yet unknown.

As stated in COE-02-019 dated 06 June 2002, should the USACE "not consider this to be a matter for which an equitable adjustment is appropriate under the changes clause", the AAB JV requests a time extension for an excusable delay as per Contract Section 00700, 52.249-

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

A.A.B JOINT VENTURE א. א. ב. – גוף משותף
ABB-SUSA\ A. ARENSON\ BARAN GROUP אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD פרוייקט בסיס אחסון נחשונים, אלעד

10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984), while reserving its right to compensable costs under the Change provision.

Project schedule impact, if any, as from September 2002 and a breakdown of compensable costs incurred as from May 2002 shall be submitted in due course.

Sincerely,

S. Denison Keeney

Project Director

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366