**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

6 June 2002

SUBJECT: Nachshonim Storage Base, El'ad, Israel, Contract No. DACA90-01-0043, Third Country National (TCN) Labor Shortage (COE-02-019)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Sir:

Please refer to your letter of May 1, 2002 (Ref. USACE/02-0125) that explains the TCN availability situation in Israel and its affect on the progress of your work. I understand the difficulty of this situation; however, after a thorough review of the contract provisions, I find the following:

1. The contractor is solely responsible for adequately manning the job to meet the construction schedule. This includes responsibility for ascertaining availability of labor, determining the appropriate mix of host nation and TCN workers and obtaining any required visas, work permits, etc. The U.S. Army Corps of Engineers is not contractually responsible for difficulties you may be encountering in acquiring TCN labor.

2. Please note Clause SR-13, Compliance With Host Country Rules and Customs. SR-13 states that the contractor is solely responsible to investigate, estimate as to cost and assume the risk with respect to certain listed items. The list includes arranging to perform work in the host country, importing personnel, employing non-indigenous labor, and visas with respect to residence laws applicable to aliens.

3. To the extent that the Government of Israel may have revised or limited the number of TCNs allowed to work in Israel, this is a Sovereign Act by the State of Israel which is general in applicability. It is not an act by the U.S. Army Corps of Engineers.

I do not consider this to be a matter for which an equitable adjustment is appropriate under the changes clause of your contract. However, we will continue our efforts through the Ministry of Defense to expedite action by the Government of Israel.

Sincerely,

J. W. Blackburn, Jr. P.E.
Administrative Contracting Office