**A.A.B.. JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP
NACHSHONIM STORAGE BASE, ELAD

**א. א. ב. - מיזם משותף**
אבב – סוסה/ א. ארנסון/ קבוצת ברן
פרוייקט בסיס אחסון נחשונים, אלעד

24 June 2003

Ref. USACE/03-0328

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: TCN Manpower-Income Tax Reimbursement**

Dear Sir,

Attached please find our TCN Manpower projection together with Estimate of Income Tax for the period July 2003 through April 2004.

Sincerely,

S. Denison Keeney
Project Director

**DISTRIBUTION**

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | |
| SAFETY MGR | | |
| SCHEDULER | | ✓ |
| | | |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| | | |
| | | |
| SUBJECT FILE | 11.03 | |

משרד האתר: ת״ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
I.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366
משרד העסקה: השיטה 5, רק התעשייה קיסריה טל. 04-6231111 פקס 04-6230230




Asumption:
Direct TCN's monthly average income tax $128.00
Indirect TCN's monthly average income tax $2,470.00

| YEAR | 2003 | | | | | 2004 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
| MONTHLY REIMBURSEMENT | $62,762 | $65,450 | $65,450 | $70,314 | $72,362 | $65,962 | $62,122 | $45,994 | $35,370 | $29,994 |
| CUMULATIVE | $62,762 | $128,212 | $193,662 | $263,976 | $338,338 | $402,300 | $464,422 | $510,416 | $545,786 | $575,780 |

**AAB JOINT VENTURE**

NACHSHONIM STORAGE BASE
TCN TAX PLAN

FILE NAME:\TCN TAX

| DATE | REVISION | CHECKED | APPROVED |
|---|---|---|---|
| | | | |
| | | | |




| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | 2003 | | | | | | 2004 | | | |
| MONTH | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
| MANPOWER | 434 | 455 | 455 | 493 | 509 | 459 | 429 | 303 | 220 | 178 |

| | | | | | |
|---|---|---|---|---|---|
| **AAB JOINT VENTURE** | **NACHSHONIM STORAGE BASE 10 MONTHS TCN MANPOWER LOADING** | DATE | REVISION | CHECKED | APPROVED |
| | FILE NAME:\TCN TAX | | | | |