DEPARTMENT OF THE ARMY
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

July 1, 2003

CENAU-IP-C

Subject: Nachshonim Storage Base, El'Ad, Israel
Contract No. DACA90-01-C-0043,
Labor Availability (COE-03-090)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Gentlemen:

Please reference your correspondence USACE/03-0330 dated 25 June 2003, regarding TCN Labor Availability.

According to Israeli Government Officials, Arenson was granted a total of 549 TCN visas for the year 2003. All of these workers are designated for use on the Nachshonim Storage Base only.

While it is noted that Arenson's number of TCN visas decreased overall from years 2002 to 2003, this decrease did not affect the number granted for use on the Nachshonim Storage Base. 549 TCN visas were granted both years for this project.

As I have stated in past correspondence, unless more compelling justification is provided, your request for a time extension and equitable adjustment is denied.

If you have any further questions, please contact me.

Sincerely yours,

J. W. Blackburn, Jr., P.E.
Administrative Contracting Officer