DEPARTMENT OF THE ARMY
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

August 9, 2003

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
TCN Labor Availability (COE-03-106)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Sir:

Please refer to your letter (USACE/03-0349) dated 24 July 2003 with the same subject as noted above.

I have studied the 14-page "overview of the TCN problem" which was attached to your letter along with the 21 schedules that support the narrative.

I recognize your efforts to provide for labor resources to prosecute the work here at Nachshonim, and I have seen progress toward increasing labor on-site.

In your letter you state "We refute allegations contained in your letter..." (referring to my 1 July 2003 letter, COE-03-090). In that letter, perhaps I should have referred to "visa allotments" instead of "visas". If this does not resolve the confusion, please be specific about any allegations. My intent was merely to pass on information.

Finally, I disagree that you have provided justification for a time extension. My position remains as I have previously provided to you by letter. As before, in an effort to keep all parties informed, I will pass along copies of your most recent correspondence to MOD.

Sincerely,

Original Signed

J. W. Blackburn, Jr. P.E.
Administrative Contracting Officer