any other building envelopes until both test results of the first building has been approved.

Each building will be required to pass these two pressure tests. However, to prove his design the Contractor must complete one structure and successfully test it prior to construction of subsequent structures.

The contractor cannot proceed with the erection of the second building until completion of the two tests and acceptance of the first building. The first DSB to be implemented will be determined by the COR. In the event of a failed test, the contractor shall investigate the envelope for all sources of leakage. The contractor shall submit a plan for his repair procedures. After these procedures have been accepted, he can proceed with the repairs and submit a schedule for a new test.

The Contractor will be responsible to supply to each tested DSB all the necessary utilities (as electricity) on his own expense.

**Final Specification**

2. **Insulated Panels**

All areas as indicated on the drawings shall be insulated with panels. The panels shall be produced to form a rigid insulation core strongly bonded to the metal skins. In order to maintain the airtight requirements of this facility, joints shall be provided so that there is a minimum volumn of connections between the panels. Therefore the panels shall have a minimum length of 10 meters (walls and roofs). The core insulation shall be rigid polyurethane certified Pu-of B1-DIN4102, 100% environmentally friendly, and approved by the ministry of environment. The metal surface shall be treated by Korona procedure or equal procedure and the production line will be heated for best adhesion between skin and polyurethane, K value 0/0188 W/mk and having density of 40 Kg. Per cubic meter. Thickness of the panels shall be not less than 40 mm. insulation at lowest part with minimum rib height of not less than 42 mm.

The walls and roofs exterior facing shall not be less than 0.55 mm. galvanized trapezoidal steel SAE 1020, painted with ppvdf (primer paravinil de fluor 10+40 micron) coating (50 microns). The interior facing, shall be 0.55 mm galvanized steel painted with polyester coating. Both steel faces shall be galvanized in accordance with Euronorm 10142-79 as 200-275 g\m2. The suppliers shall warranty the metal skin as good for 20 years. The panel's producer will make quality standard tests to each batch of 5000 sq. meters. which will include the following: Compression test, tensile test, and 4-point flexure test to SAE 1020. The results will be submitted to the approval of the COR. Panel construction and configuration shall be water and vapor proof. Panels shall be designed to the loads specified in the Israeli standards and those mentioned below in para. 3 Tests. Computed stresses may not exceed the maximum allowable stress,

according to the Israeli standard reference is made to S.I.-412,414, 1508, 1556.

The round bent panels for corners (radius to be about 50 cm), roof to wall and the panels connected to the concrete walls, – shall include all the flashing, dings and accessories. The panels shall be completely sealed, and will include sealed expansion joints. All passes (of wiring, pipes etc.) and other holes will be sealed with appropriate materials. The panels will be shipped to site with marine packs and UV protection layers.

3. **Tests**

The permeability of the joints and the complete structure will be pressure tested twice with positive pressure of 25 mm. of water gauge. This should not drop more than 12 mm. over 30 minutes. The pressure in the building (for the test) will be created by blowing air into the building by a fan to 25-mm. water gauge and measuring the time and the pressure drop after stopping the fan. The pressure test shall be conducted in the presence of the COR. The contractor shall record the pressure in the building and the barometric pressure outside every five minutes for 45 minutes. The contractor shall graph this data (pressure vs. time) and submit it as part of the test results. The test should be made at a stable barometric condition and the cooling and ventilation equipment should be switched off. The building shall be in an operable condition at the time of the test, with the single exception that the pressure relief valve shall be sealed. The first test will be done immediately after completion of the complete building, including the doors, the cooling and dehumidification systems, the ventilation systems, electricity controls etc. The second test will be done after 30 days of operation. The contractor cannot proceed with the erection of any other building envelopes until both test results of the first building has been approved.

Each building will be required to pass these two pressure tests. However, to prove his design the Contractor must complete one structure and successfully test it prior to construction of subsequent structures.

The contractor cannot proceed with the erection of the second building until completion of the two tests and acceptance of the first building. The first DSB to be implemented will be determined by the COR. In the event of a failed test, the contractor shall investigate the envelope for all sources of leakage. The contractor shall submit a plan for his repair procedures. After these procedures have been accepted, he can proceed with the repairs and submit a schedule for a new test.

The Contractor will be responsible to supply to each tested DSB all the necessary utilities (as electricity) on his own expense.