**RFI No: C-0071**
**Date: 2 Dec 03**

# REQUEST FOR INFORMATION
## NACHSHONIM STORAGE BASE
DACA90-01-C-0043

To: U.S. Army Corps of Engineers
Nachshonim Resident Office

Drawing No:
Specification Section: See Below
Other:

***TITLE OR SECTION OF WORK: Insulated Panels***

**WRITTEN DESCRIPTION OF PROBLEM (ATTACH SKETCHES AS REQUIRED):**
Reference is made to:

A. RFP Specification 02-003.J.2, Insulated Panels

Referenced specifications provides the following requirements for the insulated panel steel sheeting:

1. Walls and roof exterior facing to be 0.55 mm or greater in thickness.
2. Type of steel to be trapezoidal SAE 1020.
3. Steel to be galvanized according to Euronorm 10142 and have 200 – 275 g/m2 total weight on both sides.
4. Outer top skin to have 10 + 40 micron ppvdf (primer + paravinyl de fluor).
5. Inner skin is to have a thickness of 0.55 mm.
6. Inner skin to receive a polyester coating of an unspecified thickness.
7. Supplier to warranty the metal skin as good for 20 years.

AAB JV has procured a significant quantity of insulated panels in which phenomena of paint cracking, blistering and peeling have taken place. This has occurred to the extent that some or all or the panels may have to be replaced. At the present time approximately 90,000 $m^2$ of panels have been installed, 90,000 $m^2$ are in the AAB JV storage area and 90,000 $m^2$ remain in coils at the Izopoli factory.

Prior to making a new order, concern is being raised as to the suitability of the existing specification relative to the thickness of the pvdf prime coat, pvdf layer, as well as the thickness of the steel sheeting. The AAB JV recognizes that project specifications relate the thickness, stated for the exterior steel, was the minimal allowed; however, as 0.55 mm was given it indicates that a workable system can be developed with this thickness. AAB JV paint consultants have expressed serious doubt as to the validity of the specification relative to:

1. The minimal allowable thickness of the outer top steel plate. Steel fabricators advise the minimum standard may be .80 mm for paint thicknesses that are specified to be greater than the normal thickness of 5 + 20 for pvdf coatings.
2. The specified 10 micron thickness of the prime coat is twice that provided by known coil coating orders for a pvdf outer coating of any thickness.
3. The thickness of the pvdf is twice that of industry practice for a 20 year warranty.

Additionally, to date the manufacturer of the coated coil has not been able to identify any other PVDF order that had 10 + 40 requirements. All had a basic 5 + 20 requirement or in the unusual order, 5 + 40 microns.

Believe unusual thickness of specified PVDF film thickness may be based on a misunderstanding as to the types of finish systems available and their associated acronyms.

1. ***PVF Film:*** PVF is a polyvinyl fluoride film applied in a thickness of 35 to 40 microns with a 10 micron adhesive primer. Strippable outer protective film is always applied above the PVF film.
2. ***PVDF Lacquer:*** PVDF is an oven-cured polyvinylidene fluoride lacquer applied in two layers having a total coating thickness of 25 microns. Literature does not mention the need for a strippable outer protective film.

See attached Table 3 of DIN 55928 Part B.

---

**PROPOSED SOLUTIONS:**

USACE / IDF and their consultants provide confirmation that the panel coating requirement is correct as related in project specification.

---

**GOVERNMENT APPROVED ACTION:**

**IDF/MOD**
Signed: ____________________ Date: ______________ **This response (IS) (IS NOT) a Contract Change:**

**Corps of Engineers:**
Signed: ____________________ Date: ______________ **This response (IS) (IS NOT) a Contract Change:**

Distribution: __Architect __Electrical __Owner __Structural __Mechanical __Other

**Table 3: Examples of corrosion protection systems: continuous zinc/zinc alloy coating with/without organic coil coating (BB)**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | Organic coating | | | | | Corrosion protection category as per table 2 |
| | Binders of top coat | Code number | Primer[1]) | Top coat | Nominal total thickness, in µm[2]) | |
| Zinc coating to DIN EN 10147 (Z) or[3]) continuous hot-dip zinc-aluminium coating to DIN EN 10214 (ZA) or[3]) continuous aluminium-zinc coating to DIN EN 10215 (AZ) | —<br>— | 3 - 0.1<br>3 - 0.2 | —<br>— | —<br>— | —<br>— | I[5])<br>III[9]) |
| | Modified alkyd resin | 3 - 117.1 | — | × | 12 | II[6]) |
| | Polyester resin | 3 - 160.1<br>3 - 160.2 | —<br>× | ×<br>× | 12<br>25 | II[6])<br>III |
| | Acrylic resin | 3 - 250.1<br>3 - 250.2 | —<br>× | ×<br>× | 12<br>25 | II[6])<br>III |
| | Silicone-modified polyester resin | 3 - 165.1 | × | × | 25 | III |
| Coating mass[4]): 275 $g/m^2$, or 255 $g/m^2$, or 155 $g/m^2$ | Polyurethane | 3 - 310.1 | × | × | 25 | III |
| Nominal coating thickness: ≈ 20 µm | Polyvinylidene fluoride | 3 - 600.1 | × | × | 25 | III |
| | Polyvinyl chloride plastisol | 3 - 205.1 | × | × | 100 | III[7]) |
| | Laminates<br>Acrylic film | 3 - 255.1 | ×[8]) | × | 80 | III |
| | Polyvinyl fluoride | 3 - 600.5 | ×[8]) | × | 45 | III |

[1]) With suitable binders, approx. 5 µm thick.
[2]) See subclause 4.2.5.2.
[3]) To be stated on ordering.
[4]) See subclause 4.2.5.1 and table 1.
[5]) In outdoor applications, only suitable for short service life.
[6]) Only for low corrosion loads, generally used indoors.
[7]) Use restricted by temperature (e.g. exposure to sun).
[8]) As an adhesive layer approx. 10 µm thick.
[9]) ...en a coating mass of 185 $g/m^2$ (≈ 25 µm) for an aluminium-zinc coating to DIN EN 10215. See Explanatory notes to ...use 1 (3).