**DEPARTMENT OF THE ARMY**
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

December 9, 2003

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
Insulated Panel Finish, Request for Information C-71 (COE-03-142)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Attention: Deny Keeney

Dear Sir:

In response to your Request for Information, RFI C-71, dated 2 December 2003 concerning the insulated panel specifications, the following is provided.

The contract specification, Section 02-003, page 28, Chapter J. Building Envelope, paragraph 2, Insulated Panels, states the following:

> "All areas as indicated on the drawings shall be insulated with panels. The panels shall be produced to form a rigid insulation core strongly bonded to the metal skins. In order to maintain the airtight requirements of this facility, joints shall be provided so that there is a minimum volume of connections between the panels. Therefore the panels shall have a minimum length of 10 meters (walls and roofs). The core insulation shall be rigid polyurethane certified Pu-of B1-DIN4102, 100% environmentally friendly, and approved by the ministry of environment. The metal surface shall be treated by Korona procedure or equal procedure and the production line will be heated for best adhesion between skin and polyurethane, K value 0/0188W/mk and having a density of 40 kg per cubic meter. Thickness of the panels shall be not less than 40mm insulation at the lowest part with minimum rib height of not less than 42 mm. The walls ~~and roofs~~ exterior facing shall not be less than 0 55 mm galvanized trapezoidal steel SAE 1020, painted with ppvdf (primer paravinil de fluor ~~10+40 micron) coating~~ (50 microns). The interior facing shall be .55 mm galvanized steel painted wit polyester coating. Both steel faces shall be galvanized in accordance with Euronorm 10142-79 as 200-275 g\m2. The suppliers shall warranty the metal skin as good for 20 years. The panel's producer will make quality standard tests to each batch of 5000 sq. meters, which will include the following: Compression test, tensile test, and 4-point flexure test to SAE 1020. The results will be submitted to the approval of the COR. Panel construction and configuration shall be water and vapor proof. Panels shall be designed to the loads specified in the Israeli standards and those mentioned below in para. 3 Tests. Computed stresses may not exceed the maximum allowable stress, according to the Israeli standard reference is made to S.I. 412, 414, 1508, 1556.
>
> The round bent panels for corners (radius to be about 50 cm), roof to wall and the panels connected to the concrete walls. - shall include all the flashing, cladding and accessories. The panels shall be completely sealed, and will include sealed expansion joints. All passes (of wiring,

pipes etc.) and other holes will be sealed with appropriate materials. The panels will be shipped to the site with marine packs and UV protection layers."

These requirements are required to be utilized in your design effort associated with this portion of the project. They are not a complete specification. You are responsible for completing this specification within the guidelines given and ensuring that the final product is coordinated with your final design solution.

In order to work with you in completing the project in light of the current situation with the panels, I am willing to review alternate solutions that are structurally sound provided the metal skin in warranted for 20 years.

If you have any further questions, please contact me.

Sincerely,

Michael A. Roach, P.E.
Contracting Officer's Representative