**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD

פרוייקט בסיס אחסון נחשונים, אלעד

15 December 2003

Ref. USACE/03-0444

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

Received
15. 12. 2003
Central Resident Ofc

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

SUBJECT: **Insulated Panels and RFP Specification**

Dear Sir,

In reference to COE-03-142 dated 09 December 2003, Insulated Panel Finish Request for Information C-71, the AAB JV offers the following.

As stated in our weekly meeting of 10 December, due to extensive paint peeling from panels and no success in isolating the problem to panels manufactured from certain pre-painted coils, the AAB JV has suspended work 09 December 2003 on panel installation and is actively pursuing a solution.

The AAB JV continues research to determine any irregularities in the manufacturing process, in meeting the specifications and any defect in workmanship or materials.

Should the USACE become aware of any shortfalls or material incompatibilities in the RFP "minimum" specified panel requirements, we would expect to be advised in order to limit or eliminate the possibility of reordering any or all of the panels with any inherent material incompatibility therein.

We appreciate your offer to work with us in dealing with this complicated situation by reviewing alternate solutions that are structurally sound, where the final metal skin is warranted for 20 years. Attached find two such structural solutions, for which we are searching for a protective coating system to last for 20 years. Your expeditious preliminary structural review of this solution, before determination of a surface system for a 20-year life, would be very helpful.

Sincerely,

S. Denison Keeney
Project Director

57

z.hemly engineers ltd. צבי המלי מהנדסים בע"מ
zvi hemly
ziva vloshchovsky
צבי המלי
זיוה ולושצ'ובסקי

FAX: A. Arenson ATTN: Amnon Glick
(4pp)
CC: D. Rickard
L. Price
R. Berman

FAX MESSAGE הודעת פקס

| | | | |
|---|---|---|---|
| date: 09.12.03 :תאריך | | to: A.A.B - JV. 5.06 :לכבוד | |
| no. of pages 4 including cover / דפים כולל דף זה הודעת זו כוללת | | | |
| from: Z. HEMLY. :מאת | | att: MR. RAM NOGHAM. :עבור | |
| copies: MR. A. ARENSON ; MR. RON BERMAN :העתקים | | | |

subject: NACHSHONIM. :הנדון

DEAR SIR.

HEREWITH ARE TWO DETAILS OF ADDITIONAL STEEL SHEET COVERING THE WALL & ROOF PANELS.

OPTION I - WHERE THE NEW SHEET IS "PRESTIJ" PANEL OUTER SKIN.

OPTION II - WHERE THE NEW SHEET IS CORRUGATED BY "OTHERS".

BEST REGARDS.

ZVI

platinum tower fax: 03-6855331 :פקס tel: 03-6855330 :טל מגדל פלטיניום

PROPERTIES

Prestij Panel ~~40~~ / ~~82~~ 60/102






* CONNECTION OF TOP SHEET- EVERY ROOF PURLIN
* WHERE DISTANCE BETWEEN PURLINS ≤ 1500, THICKNESS OF TOP SHEET- 0.63 mm, WHEN LARGER- 0.75 mm.

ACHSHONIM - A.A.B-JV

VER OF PANEL BY
RESTIJ" TOP SHEET - OPTION I

צבי המלי מהנדסים בע"מ
Z Hamili Engineers ltd




NACHSHONIM - A.A.B-JV

COVER OF PANEL
BY "OTHER" STEEL SHEET - OPTION I

צבי חמלי מהנדסים בע"מ
Z.Hemly engineers ltd.