RFI No: DC-0181
Date: 26 Jan 04

# REQUEST FOR INFORMATION
## NACHSHONIM STORAGE BASE
DACA90-01-C-0043

To: U.S. Army Corps of Engineers
Nachshonim Resident Office

Drawing No:
Specification Section:19 Structural Steel

***TITLE OR SECTION OF WORK: Insulated Panels***

**WRITTEN DESCRIPTION OF PROBLEM (ATTACH SKETCHES AS REQUIRED):**

Reference is made to:

A. Project Specification Chapter 19, Structural Steel, Paragraph 19.14, Steel Insulated Panels

The AAB JV has investigated several sources of insulated panels and determined that Thyssen Krupp and Italpannelli offer high quality panels and can provide shipment to the site within a reasonable time frame providing the panels are standard products within their organization. Both manufacturers provide 20 year warranty on the metal skin.

The Italpannelli panel, having a trapezoidal shape, 40 mm thick and 40 mm ribs, is suitable for both top and the wall panels. Coating would be 20 micron primer and 20 micron colored PVDF top coat with the PVDF having 70% resins. Description of the panel is provided at Attachment A. Note that the breadth between ribs is 250 cm.

The Thyssen Krupp panel, having a trapezoidal shape is only suitable for roof panels due to the characteristics of the panel joining system and the pressure retention requirements. A flat panel would have to be used for the walls. For the trapezoidal shaped panels, 40 mm thick with 35 mm ribs, the outer coating would be 5 micron primer, 20 micron colored PVDF and 15 micron clear PVDF. Wall flat panels, 40 mm thick, would be coated with 5 micron primer and 20 micron colored PVDF. All PVDF would have 80% resins. Rationale for the change in coating between the roof and wall is based on the degree of exposure to UV rays. The roof has exposure for the full daylight period while the walls have exposure for less than 50% of the daylight hours. Description of the panels is provided at Attachment B

Both of the selected panels will be a modification of project specifications with respect to coating thickness for both manufacturers and the type of wall panel for Thyssen Krupp.

L/600 criteria would be applicable to all Italpannelli products and only the Thyssen Krupp roof panel. Deflection criteria under load for the Thyssen Krupp wall panel is not known.

Whichever panel is selected a factory representative and their Israeli agent (if available) will be at the site when the first shipment arrives to assure storage is in accordance with manufacturer requirements. Additionally, either a factory representative or an acknowledged expert in erection will be at the site during the placement of the first roof and walls. This individual will assure panels are placed and fastened in accordance with the manufacturer's criteria.

Manufacturer QC and AAB JV QA testing requirements for either manufacturer will approximate those shown on Attachment 3. These will be supplemented as necessary in accordance with instructions from Henk Tiemens of TNO, Netherlands, the AAB JV panel consultant recommended by the ECCA (European Coil Coaters Association)

Specified warranty will be furnished with final submittal documents.

Request USACE / IDF review ~~the attached this document and~~ provide guidance on the acceptability of ~~either~~ or both of the two paneling solutions provided.

---

**PROPOSED SOLUTIONS:**

USACE / IDF provide guidance on the acceptability of either or both of the two paneling solutions provided in this RFI.

**Signature:** Lee Price, Project Engineer **Date:** 26 January 2004

---

**GOVERNMENT APPROVED ACTION:**
**IDF/MOD**
Signed: ________________ Date: ____________ **This response (IS) (IS NOT) a Contract Change:**

**Corps of Engineers:**
Signed: ________________ Date: ____________ **This response (IS) (IS NOT) a Contract Change:**

| Distribution: | __Architect | __Electrical | __Owner | __Structural | __Mechanical | __Other |
|---|---|---|---|---|---|---|