**DEPARTMENT OF THE ARMY**
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

January 30, 2003

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
RFI DC-0181 Insulated Panels (COE-04-007)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Attention: Leo Price

Dear Sir:

Please reference your RFI DC-0181 "Insulated Panels" dated January 26, 2004.

As we discussed, this RFI is not a submittal but a request for guidance on the acceptability of two paneling solutions. Before acceptance of any new paneling system, a detailed submittal is necessary. However, in an effort to assist you in your efforts the following is provided:

Regarding the panel finish, the Thyssen Krupp panels with the 5+20+15 system (primer + pigmented PVDF + clear PVDF utilizing 80% resins) appears to more closely approach the specified 10 + 40 system (primer + PVDF) than any of the other finishes included with your RFI. The Italpannielli panels with a 20 + 20 system (primer + PVDF utilizing 70% resins) is not acceptable. This PVDF coating is not considered robust enough to achieve the desired performance.

Neither the Thyssen Krupp nor the Italpannielli Panels meet the geometry stipulated in the contract. However, either of these two systems should be able to meet acceptable deflection criteria with your previously established purlin spacing, with a possible increase in metal or panel thickness. More engineering information is needed before any further comment can be provided on this subject other than to note that the "flat wall panels" would be seriously considered in any overall panel solution.

The Thyssen Krupp literature included in your RFI appears superior to that provided by Italpannielli (and Izopoli) regarding quality control, specification and overall attention to detail.

I encourage you to continue to press forward with your eventual submission of a new panel system. Through this RFI, I note that you are addressing the issue of quality control to

ensure that panel finish failures do not reoccur. This is encouraging. However, in order to fairly consider any proposal, the dispensation of the previously installed panels must also be addressed.

If you have any further questions, please contact me.

Sincerely,

Michael A. Roach, P.E.
Contracting Officer's Representative