DEPARTMENT OF THE ARMY
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

February 6, 2004

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
Defective Insulated Panels (COE-04-012)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Attention: Deny Keeney

Dear Sir:

I am encouraged that you are seriously reviewing alternative suppliers of insulated panels as noted in my January 30, 2004 correspondence.

New panels that are properly manufactured will ensure that positive progress can again be made on the project. This allows for the mitigation of the impacts to our customer and their ability to occupy this very importation installation. It also provides assurances that unforeseen complications with experimental solutions are avoided.

As I have stated previously, I will continue to work with you regarding a manufacturer's PVDF coating specification. However, other finishes should not be considered for the exterior of these panels. The contract requires PVDF due to its robust protection against harmful items such as UV (sun light). I am not aware of any equivalent coating for this application.

Please focus your efforts accordingly and diligently procure panels that are in accordance with the contract as stated above.

If you have any further questions, please contact me.

Sincerely,

**Original Signed**

Michael A. Roach, P.E.
Contracting Officer's Representative