**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

א.א.ב. – ג'וינט ונצ'ר
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

18 February 2004

AAB/SC/04- 1408

5.06

<u>Without prejudice</u>

Izopoli
Bolu Organize Sanayi Bolgesi
E-5 Karayolu Uzeri No: 59
14240 Bolu, Turkey

VIA FAX: 0090-374-243-8475 (3 page)

Izopoli
Ciragan Caddesi No. 97
80840 Ortakoy
Istanbul, Turkey

VIA FAX: 0090-212-261-6441 (3 page)

Attention: Dr. Suat Kiroglu

Subject: Nachshonim Project/ AAB JV - Izopoli

Re: Manufacturing & Material Quality for Nachshonim Panels

Dear Dr. Kiroglu,

We wish to thank you for the cooperative and fruitful meeting held in Caesarea on 15 February 04. We signed an agreement for panel replacement and supply of balance of panels to Nachshonim, all subject to the approval of AAB JV's insurer, Clal Insurance Company. Various meetings were held following this agreement and the insurer, the client and the JV have several concerns and request your formal response to attached questions, to give all parties an assurance that any re-start of panel manufacturing for Nachshonim will be preceded by measures taken to improve manufacturing and material quality. The ultimate goal by all parties is to prevent any reoccurrence of present panel problems.

Only with transparent responses to the attached questions will all parties and in particular, the insurer, be comfortable with Izopoli supplying additional panels to Nachshonim.

Thank you again for your continued cooperation and prompt response to the attached questions. As time is of the essence, we request your response no later than 20 February.

Sincerely,

S.D. Keeney, Project Director
AAB Joint Venture

cc: P. Salvato, E. Popowski – ABB SUSA, Inc.
A. Arenson, I. Itzhaki, A. Glick – A. Arenson Ltd.
M. Gal, I. Friedman – Baran Group
Adv. Y. Baratz – Baratz, Bar-Nathan

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

א.א.ב. - יזם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

## Izopoli Insulated Panels
## Material and Manufacturing Quality Questions

Coil Material

Izopoli mentioned high-level meetings with US Steel representatives in Kosice, concerning the present condition of Nachshonim coils / panels and the proposed replacement coils / panels.

1. Will there be a change in the coil steel quality (chemical & mechanical properties)? If so, give details.

 sponse:

2. Will there be a change in the galvanization procedure? What processing and quality control measures will be used to ensure an even, consistent and clean application? Give details.

 sponse:

3. Will there be a change in the pretreatment materials and process before primer and topcoat application? What processing and quality control measures will be used? Give details.

Response:

4. Will there be a change in PVDF primer material / formula, thickness and or application? What processing and quality control measures will be used? Give details.

Response:

5. Will there be a change in PVDF topcoat material, thickness and or application? Will application be 40 microns in one pass, or two passes of 20 microns? Please confirm the process of paint system "baking" and / or curing has been looked at again to ensure time and temperature are appropriate, per paint manufacturers application instructions. Please give details of the processes reviewed and any suggested changes to be implemented. What processing and quality control measures will be used? Give details

 ponse:

6. Provide the recent experience and quantity of pre-painted PVDF HDG coil produced by US Steel Kosice in the specified thicknesses. Note: US Steel told the JV in early December 2003 that yearly Kosice production was 2% PVDF-coated coil and 2% of this quantity with the PVDF paint system at 50 microns. If, possible, we request, as we did last December, to receive the name of a client or clients who received profiled products from such coil.

Response:

7. Confirm that US Steel Kosice has closely reviewed their quality control procedures as a result of the possibility that the present condition of Nachshonim panels may have been caused by the galvanization, pre-treatment and/or painting process. What changes have been made to this quality control process?

Response:

8. Require full details of USS quality control system, including, but not limited to, galvanization, pre-treatment and paint system application. This procedure must include facilities, personnel qualifications and instrumentation certifications, as well as tests performed and their frequency.

Response:

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

א. א. ב. – יזם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

9. In what quantity shall Izopoli receive coil steel from USS and how long do you plan to store before profiling?

Response:

10. Confirm that Izopoli shall issue the 20-year warranty to cover Izopoli's profiling and attachment of USS warranty.

Response:

**Iz-\-oli Profiling Line**

1-- What quality control measures shall Izopoli put into place for future panels manufactured for Nachshonim? Will infrared examination be implemented and to what extent? Will there be a check and record kept for minute cracks visible only by a magnifying glass?

sponse:

12. In that the majority of cracking is present at the sheet overlap of the ridge, where the sheet is bent 3 times in approximately one centimeter, can Izopoli change the roller system to make these bends less acute and possibly rounded? Is there another profile that would serve to stop water capillary intrusion into the joint?

Response:

13. How many orders has Izopoli filled in its history with a paint system as thick as 50 microns? Separate into PVDF, Polyester and others.

Response:

14. How many orders has Izopoli filled in its history with a PVDF coating and at what thicknesses? Request client referral list for last 5 years.

Response:

15. The JV and the USACE have visited a couple of panel manufacturers in Europe and they produce a profile with a much longer radius than that of Izopoli. Can Izopoli adjust and or change its rollers to produce a gentler bend and less chance that cracking will develop?

Response:

16. Izopoli to provide storage and handling instructions to allow a minimum of 90 on-site open storage with polyfilm in place.

Response:

17. We have forwarded an e-mail today with information received by the USACE/IDF that there is a present problem with Izopoli panels on another project in Israel. Please address this issue and confirm that the cause of the problem has been isolated and eliminated.

Response:

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
J.V.office: P.O.Box 37. Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366