**A.A.B JOINT VENTURE** א.א.ב. – יזם משותף
ABB SUSA\ A. ARENSON\ BARAN GROUP אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD פרוייקט בסיס אחסון נחשונים, אלעד

08 March 2004

Ref. USACE/04-480

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Insulated Panels Procurement**

Dear Sir,

We wish to update the USACE on the most critical project activity of placing a new order to replace all failed panels and complete delivery of the total required quantity.

After the JV identified the defective insulated panels received from Izopoli, panel installation was suspended on 09 December 2003 and negotiations have been ongoing with Izopoli and alternate suppliers for replacement panels. Izopoli negotiations have failed to achieve an equitable arrangement for panel replacement and Izopoli's subcontract has been terminated.

1. The JV continues testing, analysis and search for cause of the specified paint system failure on the Izopoli panels. One fact is clearly emerging as a contributory cause for the failure, this being the unfamiliarity of all major coil manufacturers with the RFP coating specification, which is very unusual and not an industry standard. This includes the premier company US Steel, the pre-painted coil supplier utilized by our original supplier Izopoli.

2. After a thorough search for an alternate supplier, who can provide a performance history for panels supplied and successfully erected, which most closely approaches the RFP specifications and provides the specified 20-year warranty, the JV has narrowed the list of suppliers to Italpannelli and Thyssen Krupp. Of these manufacturers, the JV intends to select Italpannelli (coil supplier is La Magona).

3. The JV has solicited a customer listing and quantities sold and erected by the two suppliers mentioned above. Our objective is to minimize any known or unknown risk and to procure panels with a paint system that has a proven performance history (in quantities supplied & installed) for a tried and tested panel and paint system. Additionally, and of equal importance, the paint system must be accompanied by an acceptable 20-year warranty. Attached please find the responses from Italpannelli and Thyssen Krupp.

4. These responses indicate that Italpannelli's Duracor system of 20 microns primer and 20 microns PVDF top-coat for which they will provide a 20-year warranty, has a proven performance history, including a project for the US Navy in a seaside location in Sicily; and another for Bechtel in the Middle East, whereas Thyssen Krupp have stated that their usual practice is to provide an SP or PVDF coating with nominal

thickness 25my, with a warranty period of 5 to 10 years, and much more significant in our case, that the 15my primer + 20my PVDF color coat + 15my clear lacquer coat system they have proposed has been "..specially developed." (i.e. formulated, but as yet untried and untested) to meet the required 20-year warranty. Again the JV is not going to accept an experimental system.

5. The highly significant costs expended by the JV to date for panels in site storage and installed on buildings, added to the USACE deduction for materials-on-site have caused extreme financial hardship to the JV. The additional costs for replacement and re-installation of panels will impose an even greater future burden on the JV. The JV cannot risk another failure of the panels. Therefore the JV requests the USACE consideration in approving, subject to detailed submittal, the Italpannelli 20/20 paint system.

6. The JV already made a serious attempt at meeting the RFP specification as written, with disastrous results. It is now clear that the RFP specification is untried. The JV cannot once again take the risk or the time to develop and test a new product. Therefore the JV requests the USACE consideration in approving, subject to detailed submittal, the Italpannelli 20/20 paint system.

In light of the 3 months that have passed since suspension of panel installation and the anticipated consequential delays to replace defective panels, we request an expeditious response to the above proposal. We remain available to discuss details further, if deemed necessary.

Sincerely,

S. Denison Keeney
Project Director

Attachments:

A: Izopoli letter dated 04 March 2004
B: Thyssen Krupp letter dated 05 March 2004