Case 1:05-cv-00114-EJD Document 14-22 Filed 06/10/2005 Page 1 of 2

AAB JOINT VENTURE
ABB SUSA / A. ARENSON / BARAN GROUP
אבב – סוסה / א. ארנסון / קבוצת ברן
NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

24 March 2004

Ref. USACE/04-483

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Insulated Panels Procurement**

Dear Sir,

With reference to USACE letter COE-04-019, dated 14 March 2003, that responds to our letter USACE/04-480, the AAB JV offers the following.

We take exception to the USACE statement that, "this (panel paint system) failure did not occur due to the contractually specified paint system." What we said in our above referenced letter, was that whilst we continue to investigate to determine the specific reason (or reasons) for the failure, we considered the untested and untried nature of the RFP specification to be a contributory cause to the failure. We stand by this. Therefore the USACE's statement is inaccurate, both in concept and in fact.

We take exception with the USACE statement, "Nor do the findings point to use of a 'non-standard' system as the cause of the failure." We have not been able to locate a supplier that provides a standard paint system as specified, 10-micron primer and 40-micron PVDF. We invite the USACE to indicate to us pre-painted coil manufacturers who produce the specified paint system as a standard product, or share information they may possess that would give credence to this statement.

We repeat the statement made in our 08 March 2004 letter, "The JV already made a serious attempt at meeting the RFP specification as written, with disastrous results. It is now clear that the RFP specification is untried. The JV cannot once again take the risk or the time to develop and test a new product." The JV did not sign a research & development contract to "develop" a new product. If the USACE wishes to "keep the best interests of the customer in mind", how can this be done with an unproven experimental product for which the only specified performance criteria is to "warranty the metal skin as good for 20 years"?

The USACE have stated that the 20-year warranty is of utmost importance for selecting a panel paint system. The Italpannelli / La Magona product we have proposed does provide a 20-year warranty <u>with a proven paint system</u>. Further, you state, "we must consider the other technical factors associated with the new panel system, in light of the extensive requirements to pressure testing." Please explain how the testing requirements have anything technically to do with the paint system of the panels. The only connection between the two requirements that we can see is that they follow one another in the specification and are both untried and unproven specifications. The pressure test has already been deemed unachievable and was subsequently changed by the USACE. We believe the same concept applies to the paint system.

משרד האתר: ת״ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
J.V office: P.O Box 37 Rosh HaAiyn 68100 (ISRAEL) TEL. 972-3-933-1473 FAX 972-3-933-1366

A.A.B JOINT VENTURE
ABB SUSA\A. ARENSON\BARAN GROUP
אבב – סוסה/א. ארנסון/קבוצת ברן
NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

We concur with your comment that "timeliness of a producer would be a consideration as well." We have explored the market in detail and have determined that the 20/20 Italpannelli product best meets the Contract requirements in terms of performance and time of delivery, and is therefore in the best interest of the Client. Please find attached Italpannelli letter dated 18 March 2004, which recommends panels profiled from the 20/20 Duracor 40 paint system, as the one extensively tried and proven La Magona product that can be warranted for 20 years.

We have also reviewed in detail the following products: a) a 3-layer (20 micron primer + 20 and 20 top-coat, or S4) from La Magona/Italpannelli, and b) a 3-layer (15 micron primer +20 and 15 top-coat) proposed by Thyssen Krupp, and the following should be noted. First, laboratory tests performed by La Magona on their Duracor 40 and the S4 (or "Steelkeeper") products show identical results, thus there seems nothing to gain from utilizing the relatively unproven thicker top-coat product. An additional requirement for the S4 system is for pre-heating of the coil prior to profiling to minimize the risk of micro-cracks developing. Second, the 3-layer 50 micron total thickness product proposed by Thyssen Krupp has not been previously used with this exact layer configuration which has been "specially developed" to respond to the 20 year guarantee requirement, all other applications of the 3-layer 50 micron paint system having been guaranteed for periods of 5 to 10 years only. Third, Thyssen Krupp offer a much more conditional guarantee than that offered by Italpannelli/La Magona.

Considering all of these factors we must request the USACE reconsider and approve our proposal to provide Italpannelli's proven product, that is the Duracor 40 system. Should this not be the case, the USACE would have to accept responsibility for insisting on an unproven system and the resultant consequences therein.

Sincerely,

S. Denison Keeney
Project Director

**Attachments:**

Italpannelli letter dated 18 March 2004

Italpannelli letter dated 19 March 2004

Thyssen Krupp e-mail dated March 23, 2004

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366