DEPARTMENT OF THE ARMY
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

March 25, 2004

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
Contract Performance (COE-04-022)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Attention: Deny Keeney

Dear Sir:

The project continues to fall behind schedule. Your February 2004 progress update indicates an anticipated completion date of August 7, 2005. This is 293 calendar days behind the current contract completion date of October 18, 2004. I am concerned.

Work on your most critical activity, the erection of the insulated wall panels, stopped on December 9, 2003 and has not resumed. Difficulties associated with this most unfortunate occurrence are recognized. But, you must proscecute the work with the diligence that will insure its completion within the time specified in this contract, including any extensions. You cannot let the contract continually slip behind schedule.

I have worked with you exploring alternative suppliers. During factory visits, it was determined that both of the manufacturer's could produce an acceptable finish system. However, you have continually requested that I accept a (20 micron primer / 20 micron PVDF outer coating) system. You first presented this system in RFI DC-0181, dated January 26, 2004. In my January 30, 2004 reply (COE 04-007) I stated it was unacceptable. After our factory visit, you requested that I accept this system again on March 8, 2004 (USACE/04-480). I disapproved it again on March 14, 2004 (COE-04-019). According to your March 24, 2004 correspondence (USACE/04-483), you are now requesting for a third time that I accept it. My answer has not changed. It is still unacceptable.

No one wants a reoccurrence of the previous problem, but you are required to provide a system that meets the contract's minimum specifications. Repetitive requests to the contrary are not productive and work counter to ensuring the successful timely completion of the project. Unless you promptly move forward with this issue, I will begin to withhold retainage in accordance with Section 00800, paragraph 4, "Payments Under Fixed-Price Construction Contracts", in the amount of 10% on all subsequent payment estimates until satisfactory progress

is achieved. I will also take other appropriate actions if failure to make progress on the panels continues.

Furthermore, I reject the notion that our specifications are somehow responsible for your current paint system failure or any future failures.

Please move forward with the project.

Sincerely,

Michael A. Roach, P.E.
Contracting Officer's Representative