**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

:. א. ב. - יזם משותף
בב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE. ELAD
־וייקט בסיס אחסון נחשונים, אלעד

04 April 2004

Ref. USACE/04-498

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Insulated Panels Re-procurement**

Dear Sir,

With reference to USACE letter COE-04-022, dated 25 March 2004, the AAB JV responds as follows.

The AAB JV shares your concern regarding the impact to the project caused by the defective panels issue, however we totally reject your assertion that the JV has not diligently prosecuted the work and that somehow the JV has control of the delay.

We have offered you the Duracor 40 paint system, which is to the best of our knowledge the only proven, system available on the market, which we consider equivalent to the specification requirements. Our choice of the Duracor 40 system has been made without consideration of price. If there were other proven products on the market that meet the specifications as written, we would purchase them without hesitation. Since as a result of this problem the JV is exposed to a critical extent to present and future costs, both time related and not, the truth of the matter is that USACE is deliberately taking advantage of this time-related exposure to pressure the JV into once again procuring panels with an unproven paint system.

Furthermore, your referenced letter dismissively fails to address any of the substantive issues raised by the JV's letter USACE/04-483, and in particular fails to indicate where the JV may be able to find a proven and tested paint system of the configuration described in the specification. We want to point out that this failure by the USACE to identify the product is even more surprising in view of the fact that the original specification stated, "painted with ppvdf coating (200 microns)", which was obviously an error, later corrected in Amendment No. 3 where the description was changed to "painted with ppvdf (primer paravinil de fluor 10+40 microns) coating (50 microns)" presumably on the basis of a known availability of such a product and not on the basis of the imagination of the writer of the specification. Therefore, we again request the USACE to direct the AAB JV to use a tried and proven product manufactured to the specification in all its essential components.

For the record we also want to point out, once again, that notwithstanding the USACE's repeated assertion that any product proposed by the JV must meet the so-called minimum requirements in terms of the thickness of top-coat, the USACE has already contradicted this by stating that the Thyssen Krupp 15/20/15 paint system, with 35-micron topcoat, (i.e. 5 micron less than the USACE purported "minimum" of 40-micron) is deemed "an acceptable finish system". It is extraordinary, furthermore, that USACE now states, "During factory visits, it was determined that both of the manufacturer's (Thyssen Krupp & Italpannelli/La Magona) could produce an acceptable finish system." Since neither of these manufacturers has produced the product with the exact paint system specified in terms of the layers thickness, the above statement would indicate

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס': 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

א.א.ב. - יזם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

the USACE has already arbitrarily established "an acceptable finish system" which deviates from what the USACE now insists is the required minimum.

We also draw your attention to the specifications for the Logistics Buildings. The various chapters state that insulated panels shall be provided with reference to the DSB specification 02-003-J, discussed above. In January 2003, the USACE approved Caesarea Polymers Logistics insulated panels with Duracor 40 (La Magona 20/20 PVDF paint system). If La Magona Duracor 40 was "an acceptable finish system" for the Logistics structures in January 2003, why is Duracor 40 not "an acceptable finish system" for the DSBs today? The USACE's refusal to accept the Duracor 40 system simply cannot be understood.

In light of all the above, the AAB JV must conclude that the real impasse between the parties is no longer a technical or engineering design issue, but rather the USACE defense of a possibly defective specification at all costs, with complete disregard for the damage to the JV and the successful completion of the project.

The USACE is on notice that its paint specification may be defective. We request that the USACE either (1) provide the JV with a directive to re-order the panels to the original specification, and take responsibility for any damages arising from this directive including all delays resulting from any actions which the manufacturer may consider necessary to comply with the exact paint system configuration specified, or (2) give approval to the JV to order the Duracor 40 system as suggested and the JV will take full responsibility for the performance requirements (20-year warranty of the metal skin).

At this time, since it is clear that we have reached an impasse on this issue, we request that the USACE agree to a mini-trial immediately for a declaratory judgment by a neutral advisor who will direct a decision on the re-procurement of the panels.

Sincerely,

S. Denison Keeney
Project Director

Cc: Col. Lee A. Staab, Commander Europe District
William D. Mills, Contracting Officer