**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

א. א. ב. - יזם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD

פרוייקט בסיס אחסון נחשונים, אלעד

22 April 2004

Ref. USACE/04-508

1.01

Contracting Officer
Department of the Army
Engineer District Europe, Corps of Engineers
PO Box 1, Konrad Adenauer Ring 39
65187 Wiesbaden, Germany

Via Fax: 0049-611-816-2618

CC: Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Insulated Panels Re-procurement - Submittal**

Dear Sir,

This is in response to your letter dated 12 April 2004, Subject: Contractors Letter USACE/04-498, Insulated Panels Re-procurement. The purpose of this letter is to respond to your direction requiring the AAB JV to submit within 10 days an acceptable panel system that meets contract requirements. We do not believe that it is necessary to address here the points raised in your letter, including several with which we disagree, which we will respond to separately.

Therefore, we hereby submit for your approval the 20/20/20 PVDF paint system proposed by Italpannelli / La Magona that exceeds the specified paint thickness. We are still waiting for information from an alternate supplier and after we receive it, if appropriate, we will also provide this information for your review.

In accordance with SR-2 and Section 01330 Submittal Procedures, we hereby provide notice that this paint system is a deviation from the contract requirements. Accordingly, the AAB JV reserves its right to submit a claim for equitable adjustment for any added costs and/or time resulting from this change.

Sincerely,

S. Denison Keeney
Project Director

**TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE**

(Read instructions on the reverse side prior to in[illegible]ng this form)

DATE: [illegible]2/2004

TRANSMITTAL NO.: AAB-19-95

**SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS** (This section will be initiated by the contractor)

TO: Central Resident Office
Unit 7228, Box 42
APO AE 09830

FROM: ABB SUSA/A. Arenson/BaranGroup
P. O. Box 37
Rosh Ha'ayin

CONTRACT NO.: DACA90-01-C-0043 NA

CHECK ONE:
[X] THIS IS A NEW TRANSMITTAL
[ ] THIS IS A RESUBMITTAL OF TRANSMITTAL ______

SPECIFICATION SEC. NO. (Cover only one section with each transmittal): AAB-19

PROJECT TITLE AND LOCATION: Nachshonim Storage Base El'ad, Israel

CHECK ONE: THIS TRANSMITTAL IS FOR [X] FIO [X] GOV'T. APPROVAL

| ITEM NO. a. | DESCRIPTION OF ITEM SUBMITTED (Type size, model number/etc.) b. | MFG OR CONTR. CAT., CURVE DRAWING OR BROCHURE NO. (See instruction no. 8) c. | NO. OF COPIES d. | CONTRACT REFERENCE DOCUMENT: SPEC. PARA. NO. e. | CONTRACT REFERENCE DOCUMENT: DRAWING SHEET NO. f. | FOR CONTRACTOR USE CODE g. | VARIATION (See Instruction No. 6) h. | FOR CE USE CODE i. |
|---|---|---|---|---|---|---|---|---|
| 270 | Italpannelli - Insulated Panels | PRODUCT DATA | 6 | 02-003.J.2 | | | Y | |
| 272 | Italpannelli - Insulated Panels | MFRS INSTR | 6 | 02-003.J.2 | | | | |
| 273 | Italpannelli - Insulated Panels | CERTIFICATES | 6 | 02-003.J.2 | | | | |

REMARKS

Submittal pertains to insulated and acoustical roof and wall panels to be used throughout Nachshonim Storage Base. Supplier of panels is Italpannelli located in Ancarano, Italy. Supplier of the coated steel coils is LaMagona D'Italia located in Piombino Italy.

Three copies of this submittal have been provided the Corps of Engineers Office in Wiesbaden, Germany and three copies to the Corps office at the construction site.

CONTINUED ON LAST PAGE

I certify that the above submitted items have been reviewed in detail and are correct and in the strict conformance with the contract drawings and specifications except as otherwise stated.

Donald Richard, CQC/IV.

NAME AND SIGNATURE OF CONTRACTOR

**SECTION II - APPROVAL ACTION**

ENCLOSURES RETURNED (List by item No.)

NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY

DATE

| TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE (Read instructions on the reverse side prior to in[illegible]ng this form) | DATE | TRANSMITTAL NO. |
|---|---|---|
| | [illegible]2/2004 | AAB-19-95 |

**SECTION I - REMARKS CONTINUED...** (This section will be initiated by the contractor)

Variation exists relative to the following items: 1. Coating thickness: Specification states primer paravinil de flour 10 + 40 micron where that being provided is 20 micron primer, 20 micron PVDF color coat and 20 micron PVDF clear topcoat. 2. Panel thickness: Specification required 42 mm rib height where that provided is 40 mm. Thickness of the main body is 40 mm per specification requirement. 3. Type of steel: Specification requires SAE 1020 while that being provided is S250GD. Comparative table is provided in submittal. 4. Shipment packaging: Specification requires packaging to be marine packs and UV protection layers. Shipment will be in sea freight containers having a removable top thereby negating the need for marine packs and UV protection. Per manufacturer's instruction all packaging is to be removed upon arrival of the material to the site. 5. Manufacturing standards: RFP requires manufacturing to DIN and Israeli Standards. Panels are manufactured to European and international standards. It should be noted that RFP specifications require round bent panels for corners, roof to wall and the panels connected to the concrete walls. Per mutual agreement between the Corps of Engineers, IDF and the AAB JV this requirement has been changed and other type of flashing is being provided. This item is not included as a variation as it is not applicable to the manufacturing of panels. Items related as variations are discussed in the submittal. Corps of Engineers representative has visited both Italpannelli and LaMagona plants.

**SECTION II - APPROVAL ACTION**

| ENCLOSURES RETURNED (List by item No.) | NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY | DATE |
|---|---|---|
| | | |