DEPARTMENT OF THE ARMY
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

April 30, 2004

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
Insulated Panel Re-Procurement Submittal (COE-04-025)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Attention: Deny Keeney

Dear Sir:

We are in receipt of Transmittal AAB-19-95 and subject cover letter regarding Insulated Panels. The transmittal has been reviewed and determined to meet the requirements of the Contract. It is approved accordingly.

In your letter, you indicate the submittal is a deviation from the contract requirements and that you "reserve (your) right to submit a claim for equitable adjustment for any added costs and/or time resulting from this change." Five items are identified as deviations, however of primary note is item one, regarding the coating thickness. The contract specifications clearly state the minimum requirements, and a product exceeding these requirements is not a deviation. Therefore we would not agree that you would be entitled to additional costs or time as a result of the approval of this submittal.

You also indicate there may be at least one more submittal for an "alternate supplier". The government expects you to provide a product that meets the contract requirements, and any proposal for multiple products must be supported. The choice of supplier is yours as long as the product meets contract requirements, however, any alternates would require approval in accordance with contract requirements.

The Government continues to have concerns about project schedule as a result of the problems with the Insulated Panels. You should submit an updated schedule showing the procurement schedule for these panels along with your plan to mitigate the delays as soon as possible.

Details concerning your storage and erection sequencing, also remain uncertain. Please clarify by separate correspondence.

Sincerely,

Michael A. Roach, P.E.
Administrative Contracting Officer

Encl.

APR 22 2004 CENAU-IP-C

**TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE**

(Read Instructions on the reverse side prior to initiating this form)

DATE: 04/22/2004

TRANSMITTAL NO.: AAB-19-95

**SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS** (This section will be initiated by the contractor)

TO: Central Resident Office
Unit 7228, Box 42
APO AE 09830

FROM: ABB SUSA/A. Arenson/BaranGroup
P. O. Box 37
Rosh Ha'ayin

CONTRACT NO.: DACA90-01-C-0043 NA

CHECK ONE:
[X] THIS IS A NEW TRANSMITTAL
[ ] THIS IS A RESUBMITTAL OF TRANSMITTAL ____

SPECIFICATION SEC. NO. (Cover only one section with each transmittal): AAB-19

PROJECT TITLE AND LOCATION: Nachshonim Storage Base El'ad, Israel

CHECK ONE: THIS TRANSMITTAL IS FOR [X] FIO [X] GOV'T. APPROVAL

| ITEM NO. a. | DESCRIPTION OF ITEM SUBMITTED (Type size, model number/etc.) b. | MFG OR CONTR. CAT., CURVE DRAWING OR BROCHURE NO. (See instruction no. 8) c. | NO. OF COPIES d. | CONTRACT REFERENCE DOCUMENT: SPEC. PARA. NO. e. | CONTRACT REFERENCE DOCUMENT: DRAWING SHEET NO. f. | FOR CONTRACTOR USE CODE g. | VARIATION (See Instruction No. 6) h. | FOR CE USE CODE i. |
|---|---|---|---|---|---|---|---|---|
| 70 | Italpannelli - Insulated Panels | PRODUCT DATA | 6 | 02-003.J.2 | | | Y | B |
| 72 | Italpannelli - Insulated Panels | MFRS INSTR | 6 | 02-003.J.2 | | | | B |
| 73 | Italpannelli - Insulated Panels | CERTIFICATES | 6 | 02-003.J.2 | | | | B |

REMARKS

Submittal pertains to insulated and acoustical roof and wall panels to be used throughout Nachshonim Storage Base. Supplier of panels is Italpannelli located in Ancarano, Italy. Supplier of the coated steel coils is LaMagona D'Italia located in Piombino Italy.

Three copies of this submittal have been provided the Corps of Engineers Office in Wiesbaden, Germany and three copies to the Corps office at the construction site.

See Attached Ltr COE-4-025

CONTINUED ON LAST PAGE

I certify that the above submitted items have been reviewed in detail and are correct and in the strict conformance with the contract drawings and specifications except as otherwise stated.

Donald Richard, CQC/ITV
NAME AND SIGNATURE OF CONTRACTOR

**SECTION II - APPROVAL ACTION**

ENCLOSURES RETURNED (List by item No.)

NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY: [signature], ACO

DATE: 30 Apr 04

ENG FORM 4025-R, MAR 95 (ER 415-1-10) EDITION OF SEP 93 IS OBSOLETE. SHEET 1 OF 2 (Proponent: CEMP-CE)

**TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE**
(Read instructions on the reverse side prior to initiating this form)

| DATE | TRANSMITTAL NO. |
|---|---|
| 04/22/2004 | AAB-19-95 |

## SECTION I - REMARKS CONTINUED...

(This section will be initiated by the contractor)

Variation exists relative to the following items: 1. Coating thickness: Specification states primer paravinil de flour 10 + 40 micron where that being provided is 20 micron primer, 20 micron PVDF color coat and 20 micron PVDF clear topcoat. 2. Panel thickness: Specification required 42 mm rib height where that provided is 40 mm. Thickness of the main body is 40 mm per specification requirement. 3. Type of steel: Specification requires SAE 1020 while that being provided is S250GD. Comparative table is provided in submittal. 4. Shipment packaging: Specification requires packaging to be marine packs and UV protection layers. Shipment will be in sea freight containers having a removable top thereby negating the need for marine packs and UV protection. Per manufacturer's instruction all packaging is to be removed upon arrival of the material to the site. 5. Manufacturing standards: RFP requires manufacturing to DIN and Israeli Standards. Panels are manufactured to European and international standards. It should be noted that RFP specifications require round bent panels for corners, roof to wall and the panels connected to the concrete walls. Per mutual agreement between the Corps of Engineers, IDF and the AAB JV this requirement has been changed and other type of flashing is being provided. This item is not included as a variation as it is not applicable to the manufacturing of panels. Items related as variations are discussed in the submittal. Corps of Engineers representative has visited both Italpannelli and LaMagona plants.

## SECTION II - APPROVAL ACTION

| ENCLOSURES RETURNED (List by item No.) | NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY | DATE |
|---|---|---|
| | | |