IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-114C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's Order dated June 7, 2005, Plaintiff A.A.B Joint Venture ("AAB") and Defendant the United States have agreed to retain the services of Word Power, located in Ra'anana, Israel, as the agreed-on translator for this case. The parties jointly reserve the right to request leave of the Court to submit another agreed-on translator if the parties agree that Word Power cannot provide timely services to support the progress of discovery and trial preparation.

Respectfully submitted,

Bell, Boyd & Lloyd PLLC

**s/** Brian Cohen
_________________________
Brian Cohen, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC
(202) 955-6823 (phone)
(202) 835-4130 (fax)

*Attorneys for Plaintiffs*

Dated: June 27, 2005

PETER D. KEISLER
Assistant Attorney General

**s/** David M. Cohen [By Brian Cohen]
_________________________
DAVID M. COHEN
Director

**s/** Shalom Brilliant [By Brian Cohen]
_________________________
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit

Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

Dated: June 27, 2005