IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-114C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of two days, to and including October 21, 2005, within which to respond to plaintiff's first set of interrogatories. Defendant's response is presently due October 19, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion

Defendant requires several additional items of information, and clarification of some information previously obtained, in order to complete its response to plaintiff's interrogatories. The persons likely to possess the requisite information are employees of the United States Army Corps of Engineers located in Israel, at the site of the construction project at issue in this litigation. Because of the six-hour time difference between Washington, D.C. and Israel, and because October 18, 2005, is a legal holiday in Israel, we were unable to consult with these employees on October 17, 2005, and we will not be able to do so until October 19, 2005. Additionally, Government counsel will be out of the office in religious observance of the Jewish holiday of Sukkoth on October 18 and 19, 2005. Government counsel had hoped to complete defendant's response to plaintiff's interrogatories by October 17, 2005, but, for the reasons described above, was unable to do so.

The enlargement of time we are requesting is necessary to allow Government counsel to obtain the requisite additional information and clarification and make any necessary additions or revisions to the draft interrogatory response

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

October 17, 2005