IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-114C |
| | ) | Judge Damich |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**
**FOR RESPONSE TO MOTION TO CONSOLIDATE**

Plaintiff hereby moves the Court, with the consent of counsel for the United States, for an extension of time within which to respond to each of the pending Motions to Consolidate until Thursday, March 9, 2006. In support of this Motion plaintiff represents as follows:

By Motion dated February 8, 2006, defendant moved in Case No. 04-1719 to consolidate that matter with cases 05-114C, 05-1172C, and 06-49C. A similar Motion was filed on February 14, 2006 in cases 05-114C, 05-1172C, and 06-49C. Plaintiff's response to the first such motion was due on February 27, 2006, and the responses to the additional three motions are due on March 3, 2006.

On Tuesday, February 21 and Wednesday, February 22, the parties met at the Department of Justice to attempt to work out a schedule for all remaining discovery, and to determine which if any of the cases should be consolidated. Proposals and counterproposals continued to be exchanged during the rest of that week, and there were several follow-up telephone conferences between the parties in an attempt to resolve the matter. On Tuesday, February 28, plaintiff held a

conference call among counsel and members of the joint venture to review the matter. It appears that one additional meeting between counsel is necessary in order to finalize a proposed discovery and trial schedule that would likely involve the consolidation of at least two of the pending cases.

The parties need until Thursday, March 9, 2006, for counsel to finish preparing a detailed proposed plan of discovery and trial in all of the cases, and for counsel to review the plan with the parties. If by that date no plan for presentation to the court can be agreed upon, then plaintiff will file its opposition to the pending Motion.

Respectfully submitted,

__/s/ Brian Cohen_______________

Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing document will be served automatically via "shalom.brilliant.usdoj.gov" upon ECF filing this 1st day of March, 2006 upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

__/s/ Brian Cohen_____
Brian Cohen